**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Fanjoy Co.** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)  **47-1761246** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1483 Sylvan Circle NE**<br>**Brookhaven, GA 30319**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **DeKalb**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Fanjoy Co. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Fanjoy Co.**
_____
Name

Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Fanjoy Co.**
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Case number (*if known*)

Debtor    **Fanjoy Co.**
Name                                                                    Case number (*if known*)

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  8, 2023**
MM / DD / YYYY

**X** **/s/ Christopher Vaccarino**                          **Christopher Vaccarino**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Leslie Pineyro**                          Date  **August  8, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Leslie Pineyro 969800**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone    **404-564-9300**          Email address    **info@joneswalden.com**

**969800 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fanjoy Co.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amex Platinum 18850 N 56TH ST Phoenix, AZ 85050** | | **Credit card** | | | | $463,466.95 |
| **Amex Plum 18850 N 56TH ST Phoenix, AZ 85050** | | **Credit card** | | | | $255,367.45 |
| **Brex Inc 12832 Frontrunner Blvd Suite 500 Draper, UT 84020** | | **Credit card** | | | | $752,000.00 |
| **Capital One ATTN: Richard Fairbank, CEO 1680 Capital One Dr Mc Lean, VA 22102** | | **Credit card** | | | | $193,397.23 |
| **CircleUp 548 Market St. PMB 60874 San Francisco, CA 94104** | | **All assets including inventory, equipment, accounts, deposit accounts, and all general intangibles (1st priority lien)** | | $2,275,000.00 | $447,200.00 | $1,827,800.00 |
| **Elyse Myers Inc 1210 Hillcrest Drive Bellevue, NE 68005** | | **Creator (merchandising)** | **Unliquidated** | | | $86,562.02 |
| **Gemini Apparel 225 West 34th Street 9th Floor, Suite 940 New York, NY 10122** | | **Manufacturing** | | | | $288,546.01 |
| **GeorgeNotFound mailing address unknown, Debtor will provide email notice as available** | | **creator payouts (Brand Deal)** | **Contingent Unliquidated** | | | $94,500.00 |

| Debtor | **Fanjoy Co.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Google**<br>**1600 Amphitheatre Pkwy**<br>**Mountain View, CA 94043** | | **Ad platform provider** | | | | **$166,816.99** |
| **Independent Trading Co**<br>**1341 Calle Avanzado**<br>**San Clemente, CA 92673** | | **vendor** | | | | **$277,996.59** |
| **Lane Seven Apparel**<br>**9 Orchard Road**<br>**Suite 101**<br>**Lake Forest, CA 92630** | | **vendor** | | | | **$147,380.52** |
| **OnRamp/Fifth Floor 2, LLC**<br>**1705 S. Capital of Texas Hwy**<br>**Suite 500**<br>**Austin, TX 78746-6578** | | **Accounts receivable (2nd priority lien)** | | **$79,500.00** | **$0.00** | **$79,500.00** |
| **Printful, Inc**<br>**1105 Westlake Dr**<br>**Charlotte, NC 28273** | | **Manufacturing** | | | | **$649,868.80** |
| **S&S Activewear**<br>**220 Remington Blvd**<br>**Bolingbrook, IL 60440** | | **vendor** | | | | **$89,268.41** |
| **Shipmonk**<br>**201 NW 22 Avenue #100**<br>**Fort Lauderdale, FL 33311** | | **3PL (third party logistics)** | | | | **$239,254.05** |
| **Slope**<br>**7 Freelon St**<br>**San Francisco, CA 94107** | | **Inventory Invoice Plan** | | | | **$90,000.00** |
| **The Readheads (The Toast)**<br>**C/O ML MGMT 888 7th Ave**<br>**FL 4**<br>**New York, NY 10106** | | **creator payouts/inventory** | **Unliquidated** | | | **$81,184.43** |
| **TikTok**<br>**1920 Olympic Blvd**<br>**Santa Monica, CA 90404** | | **Ad platform provider** | | | | **$139,530.56** |

Debtor    **Fanjoy Co.**    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WebBank (Shopify Capital) 151 O'Connor St Ground floor Ottawa, ON K2P 2L8, Canada** | | **Loan Agreement (No UCC located)** | | | | **$336,796.68** |
| **WME Entertainment, LLC 9601 Wilshire Blvd 3rd Floor Beverly Hills, CA 90210** | | **Creator (merchandising)** | **Unliquidated** | | | **$164,213.56** |

1 Model Management LA, LLC
529-531 Westmount Dr
Los Angeles, CA 90048


28th Ave Management LLC
17 28th Avenue Apt 103
Venice, CA 90291


A thread ahead
1925 1st Street
San Fernando, CA 91340


ABM Parking Services Inc
8687 Melrose Ave., Suite P1
West Hollywood, CA 90069


Adelaine Morin
8 Snowberry Crt Caledon Villag
Ontario, CA L7K0B5


Air Labs
223 BEDFORD AVE. PMB 1163
Brooklyn, NY 11211


Alpha Broder
10920 Boggy Creek Rd
Orlando, FL 32824


Amber Hirschman
4413 Woolworth Ave
Omaha, NE 68105


Amber Lancaster Inc
2049 Century Park E #1400
Los Angeles, CA 90067

```
Amex Platinum
18850 N 56TH ST
Phoenix, AZ 85050


Amex Plum
18850 N 56TH ST
Phoenix, AZ 85050


An Tran
552 N Twyckenham Dr
South Bend, IN 46617


Andre Snellbaker
5613 Corso Court
Austin, TX 78747


Anthony Chen
45253 South Grimmer Blvd
Fremont, CA 94539


Anthony Steven Andrade
825 S HILL ST STREET
APT 5001
Los Angeles, CA 90014


Anthony Tyler Walton
8404 Kaye Drive
Mechanicsville, VA 23116


Apricot
251 Little Falls Drive
Wilmington, DE 19808


Austin James Beckman
212 Lake Shore Ter
Los Angeles, CA 90026
```

Avalara Inc
Dept CH 16781
Palatine, IL 60055


Bank of America
ATTN: Brian Moynihan, CEO
100 N Tryon St
Charlotte, NC 28202


BasicallyIDoWrk
mailing address unknown,
Debtor will provide email
notice as available


Becca Moore
1701 Signal Hill Green SW
Calgary Alberta, AB T3H 2Y4


Benjamin J Lupo
3606 N 156th
 St #101-316
Omaha, NE 68116


Beth Anne Brice
1381 Lane Creek Drive
Bishop, GA 30621


BMND (Podcast One)
335 North Maple Drive
Suite 295
Beverly Hills, CA 90210


Bobby Mares
12180 Millennium Drive
Los Angeles, CA 90094


Brady Manek
8197 Washita Point Road
Kingston, OK 73439

Brex Inc
12832 Frontrunner Blvd
Suite 500
Draper, UT 84020


Brodin Lee Plett
350 S Reeves Dr, #203
Beverly Hills, CA 90212


C Brock Enterprises Inc.
2719 Hollyridge Drive
Los Angeles, CA 90068


Caitibugzz
426 Independence Blvd
Washington, PA 15301


Capital One
ATTN: Richard Fairbank, CEO
1680 Capital One Dr
Mc Lean, VA 22102


Carlo and Sarah LLC
197 Dodge Road
Rowley, MA 01969


Cavinder Twins
6920 S Star Or
Gilbert, AZ 85298


Chang Gang
1648 10th Street
Santa Monica, CA 90404


CircleUp
548 Market St.
PMB 60874
San Francisco, CA 94104

```
ClearCo
1200-33 Yonge Street, Toronto
Ontario, M5E 1G4, Canada


Connor Colquhoun - Cdawg
117 Mold Road Mold
Flintshire CH7 6TG UK


Connor Foust
41 HWY NW STE 112-228
Kennesaw, GA 30152


Creative Artists Agency LLC
2000 Avenue of the Stars
Los Angeles, CA 90067


Crystal J Lau
1339 20th Ave
San Francisco, CA 94122


Culver Pointe Office
51 Madison Avenue
room 901
New York, NY 10010


DBA Media LLC
750 N San Vicente Blvd
Suite 950
West Hollywood, CA 90069


DEAR MEDIA LLC
3112 Windsor Rd
#530
Austin, TX 78703


Deb Smikle
129 Oriole St, Oshawa
Ontario L1H6Y7
```

Dentons US LLP
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606


Deuxmoi LLC
PO Box 133
Oakland, NJ 07436


Domonique Summers
6534 Creekside Drive
Kansas City, MO 64151


Edward Yung Ling LLC
1613 S Wooster St
Los Angeles, CA 90035


Elyse Myers Inc
1210 Hillcrest Drive
Bellevue, NE 68005


Emily Zugay
3461 TK Lane
Delavan, WI 53115


Endorphin Partners, LLC
426 West 14th Street
6th Floor
New York, NY 10014


Eoghan Nagle
New Road, Gortboy Kilmallock
Limerick V35 H327


Erin Gilfoy
10725 Bloomfield St. Apt 4
North Hollywood, CA 91602

```
Eventus Advisory Group, LLC
14201 N. Hayden Road
Suite A-1
Scottsdale, AZ 85260


Ferris Ganzman
6218 N Del Loma Avenue
San Gabriel, CA 91775


Gal Akbari
mailing address unknown,
Debtor will provide email
notice as available


Gals on the Go - Brooke Miccio
Accounting Dept
9336 Civic Center Drive
Beverly Hills, CA 90210


Gals on the Go - Style D
Accounting Dept
9336 Civic Center Drive
Beverly Hills, CA 90210


Gemini Apparel
225 West 34th Street
9th Floor, Suite 940
New York, NY 10122


GeorgeNotFound
mailing address unknown,
Debtor will provide email
notice as available


Giggly Squad, LLC
3 Majestic Court
Albany, NY 12211
```

Good Park Ascend Entertainment
405 LEXINGTON AVENUE
FLOOR 9
New York, NY 10174


Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043


GOOTEN
228 Park Ave South
New York, NY 10003


GreenRoom, Inc.
2801 Madison St.
Denver, CO 80205


Ha Ram Chung
46-39 Smart Street #2
Flushing, NY 11355


Hannah Rylee
5800 Bristol Pkwy, 5th Floor
Culver City, CA 90230


Hannahxxrose
2430 US Highway 27
St 330-225
Clermont, FL 34714


HeeJe Jeon
811 Pheasant Hollow Drive
Plainsboro, NJ 08536


Hey its Priguel
165 Diza Rd
San Ysidro, CA 92173

Heyoon Kang
8802 Skyron Place
Springfield, VA 22153


iiTzTimmy Inc.
4953 Zelzah Ave
Encino, CA 91316


Independent Trading Co
1341 Calle Avanzado
San Clemente, CA 92673


Infinite Lists LLC
240 S Cheney Spangle Rd
Apt 422
Cheney, WA 99004


Ironmouse
mailing address unknown,
Debtor will provide email
notice as available


J & O Firm PLLC
150 E Palmetto Park Rd
Suite 800
Boca Raton, FL 33432


Jack Martin
NiceWigg INC.
1440 hotel circle north
San Diego, CA 92108


Jax and Brittany
Good Fear Content 6255
Sunset Blvd. Suite #800
Los Angeles, CA 90028

JC Caylen c/o Creative Artists
2000 Avenue of the Stars
Los Angeles, CA 90067


JPMorgan Chase Bank, Nat'l Ass
ATTN: Jamie Dimon, CEO
1111 Polaris Pkwy
Columbus, OH 43240


Kabbage/AMEX
18850 N 56TH ST
Phoenix, AZ 85050


Kaci & Casey
8738 Wonderland Ave
Los Angeles, CA 90046


Kate Norkeliunas
191 University Blvd #273
Denver, CO 80206-4613


Keke Palmer
mailing address unknown,
Debtor will provide email
notice as available


Kelsey Impicciche
11130 Otsego St.
Apt 404
North Hollywood, CA 91601


Kevin Li - Cookie
PO Box 99900 RPO Wt Drive Thru
Edmonton Alberta T5T 7G8


Kian Lawley
1880 Century Park E.
STE 1600
Los Angeles, CA 90067

Kit Burgess-Gibb (aka Wisp)
Flat 2, 33 Goldstone Road
Hove, East Sussex


Klaviyo
125 Summer Street Floor 7
Boston, MA 02111


Kooleen
mailing address unknown,
Debtor will provide email
notice as available


Kountry Wayne
2000 Avenue of the Stars
Los Angeles, CA 90067


Lane Seven Apparel
9 Orchard Road Suite 101
Lake Forest, CA 92630


Lauren Derouen Media, LLC
PO Box 1560
Broussard, LA 70518


Lauren Giraldo c/o A3 Artists
750 San Vicente Blvd E Tower
11th Floor
West Hollywood, CA 90069


Linh Truong
7700 Sunset Blvd.
Los Angeles, CA 90046


Lukas Peisel
17 Bennets Neck Drive
Pocasset, MA 02559

Marcus Hill
7015 E Mainsgate RD
Wichita, KS 67226


McKinley Barnes
316 Fenway Rd Apt D
Columbus, OH 43214


Miami Tees Inc.
5120 NW 165th Street Bay 101
Hialeah, FL 33014


Michael Santana - Imaqtpie
12530 Mitchell Ave
Los Angeles, CA 90066


Miles Bonsignore
1112 W BURBANK BLVD
STE 101
Burbank, CA 91506


Mint Performance Marketing Inc
WeWork, The Maxwell, 1019 E
4th Pl
Los Angeles, CA 90013


Miranda Sings Inc
20 Crossways Park Dr N
Ste 41
Woodbury, NY 11797


Miyaeva Renea
245 E 93rd Street
Suite 21C
New York, NY 10128


Murder with My Husband
263 E Almay Ct
Saratoga Springs, UT 84045

Myth Inc
12855 W Runway Road, Apt 1423
Los Angeles, CA 90094


Nathaly Cuevas Inc
1225 Lincoln Ave
Pomona, CA 91767


National Park After Dark LLC
29772 Spruce Road
Evergreen, CO 80439


Natsumiii
12530 Mitchell Ave
Los Angeles, CA 90066


New Sam and Colby
2719 Hollyridge Drive
Los Angeles, CA 90068


New Sam Golbach
2719 Hollyridge Drive
Los Angeles, CA 90068


Newton Nguyen
2855 Senter Road SPC 1
San Jose, CA 95111


Nicholas Karabin
5809 N 18th Place
Phoenix, AZ 85016


Nicole Laeno, Inc
25241 Denny Road
Torrance, CA 90505

Nikola Andrews
8920 West Russel Rd. Apt. 2025
Las Vegas, NV 89148


Nogla
Deaboran Lodge, Caherass
Croom, Limerick V35 NX05


Oceanaire Sportswear Inc
2937 E Maria St
Compton, CA 90221


OnRamp/Fifth Floor 2, LLC
1705 S. Capital of Texas Hwy
Suite 500
Austin, TX 78746-6578


Paige Lorenze
66 Greenwich Ave
Suite 1
New York, NY 10011


Palmetto,Mollo,Molinaro&Passar
2901 W. Cypress Creek Road
Suite 120
Fort Lauderdale, FL 33309-1732


PeterPark
472 S SHERBOURNE DR
Los Angeles, CA 90048


Petomitone LLC dba Fuslie
2310 Homestaed Road
Ste C1-206
Los Altos, CA 94024


Pongfinity
P.O. Box 162
Helsinki, Finland 00250

```
Printful, Inc
1105 Westlake Dr
Charlotte, NC 28273


Quikturn Professional
Screenprinting, Inc.
567 S. Melrose St.
Placentia, CA 92870


Rachel Ballinger
5413 San Lorenzo Dr
Santa Barbara, CA 93111


Remi Cruz c/o Weintraub Tobin
10250 Constellation Blvd.
Suite 2900
Los Angeles, CA 90067


Riku Tazumi (Selen Tatsuki)
9-7-2 Akasaka Midtown East 11F
Tokyo, JP 107-0052


S&S Activewear
220 Remington Blvd
Bolingbrook, IL 60440


Samantha Eve
2231 Electric Street
Los Angeles, CA 90039


Sean Suyeda
3911 Oeste Ave
Studio City, CA 91604


Select Management Group LLC
6100 Wilshire Blvd
Suite 400
Los Angeles, CA 90048
```

Sentinels
1990 S. Bundy Dr.
STE 850
Los Angeles, CA 90025


Shipmonk
201 NW 22 Avenue #100
Fort Lauderdale, FL 33311


Slice & Rice
2000 Avenue of the Stars
Los Angeles, CA 90067


Slope
7 Freelon St
San Francisco, CA 94107


Sophi
G/F Building 2, DBPI
IT Plaza, Calindagan
Dumaguete City 62000


SPEAK OF THE DEVIL, INC.
9150 Wilshire Blvd Suite 350
Beverly Hills, CA 90212


SSsniperwolf
1600 Vine St Unit 944
Los Angeles, CA 90028


StarkTalk Radio
317 West 88th Street
Suite 4
New York, NY 10024


Stephanie Bohrer
c/o A3 Artists Agency
350 Fifth Ave., 38th Floor
New York, NY 10118

Stephanie Soo
5011 Stern Ave
Sherman Oaks, CA 91423


Susanna Vidal
803 N. Magnolia Ave
Tucson, AZ 85711


Tara Yummy
24112 Kittridge St
West Hills, CA 91307


Team 10, Inc
C/O Five Fold Group
5062 Lankershim Blvd. #216
North Hollywood, CA 91601


Tenzin Dolkar
7011 Native Spirits Street
Las Vegas, NV 89118


The Cordle's
8738 Wonderland Ave
Los Angeles, CA 90046


The Hockey Guys
6110 Blue Circle Drive #250
Hopkins, MN 55343


The Readheads (The Toast)
C/O ML MGMT 888 7th Ave
FL 4
New York, NY 10106


Thomas Tieu - Sykkuno
8641 Lockhart St
Las Vegas, NV 89139

```
TikTok
1920 Olympic Blvd
Santa Monica, CA 90404


Tom Schwartz
753 Kings Road #308
West Hollywood, CA 90069


Tooty McNooty
16000 Ventura Blvd Suite 520
Encino, CA 91436


TruHR Employment Services
2913 El Camino Real#141
Tustin, CA 92782


Try Guys
3740 Dover Place
Los Angeles, CA 90039


UNCMMN, LLC
6255 W Sunset Blvd #1110
Los Angeles, CA 90028


Van E. Neistat
954 Old Topanga Canyon Rd
Topanga, CA 90290


Vixella | Sasha Staggs
5900 Balcones Dr Ste 100
Austin, TX 78731


We Are Verified, LLC
8501 Wilshire Blvd #170
Beverly Hills, CA 90211
```

WebBank (Shopify Capital)
151 O'Connor St Ground floor
Ottawa, ON K2P 2L8, Canada


WebBank (Shopify Capital)
ATTN: Jason Lloyd, CEO
215 S State St
Salt Lake City, UT 84111


WME Entertainment, LLC
9601 Wilshire Blvd 3rd Floor
Beverly Hills, CA 90210


XChocoBars
56 Eunice Road
Ontorio, Canada M2K 2V5


Yoora Jung
7106 Andasol Ave
Lake Balboa, CA 91406


Yris Palmer LLC
456 W STOCKER ST STE A
Glendale, CA 91202


Yuri Kim
331 13th Street
Unit B
Palisades Park, NJ 07750


Yvonnie Ng
644 N Fuller Avenue #255
Los Angeles, CA 90036


Zach Kornfield
104 S. Hayworth Ave
Apt 103
Los Angeles, CA 90048

```
ZDP LLC (Zachariah Porter)
407 Allen St
New Bedford, MA 02740
```

```
Zoe Roechner
23 W Chicago Ave
Chicago, IL 60654
```