IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**FANJOY CO.,**<br><br>Debtor. | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO. 23-57565-PWB** |

**NOTICE OF FILING SMALL BUSINESS DOCUMENTS**

COMES NOW Fanjoy Co. ("Debtor"), and by and through undersigned counsel, hereby shows and files the following: (a) Statement of Operations attached hereto and incorporated by reference as **Exhibit A**; (b) Debtor's most recent Profit and Loss Statement for July 2023, attached hereto and incorporated by reference as **Exhibit B**; and (c) Debtor's most recent Balance Sheet for August 2023, attached hereto and incorporated by reference as **Exhibit C**. Debtor has provided a copy of its most recent tax return to the Office of the United States Trustee and the Subchapter V Trustee and will make such available to creditors upon request to Debtor's counsel.

Respectfully submitted this 15th day of August, 2023.

> **JONES & WALDEN LLC**
>
> */s/ Leslie M. Pineyro*
> Leslie M. Pineyro
> Georgia Bar No. 969800
> 699 Piedmont Avenue, NE
> Atlanta, Georgia 30308
> (404) 564-9300
> lpineyro@joneswalden.com
> Proposed Attorney for Debtor

# EXHIBIT "A"

## STATEMENT OF OPERATIONS

Debtor has been operating since 2014 and was incorporated in Delaware in 2014 to provide platform and merchandise marketplace services to social media content creators ("Content Creators"). These Content Creators each have anywhere from hundreds of thousands to hundreds of millions of social media "followers" across various social media platforms, including, but not limited to, YouTube, Instagram, Twitch, and TikTok.

Debtor operates the fanjoy.co website, which provides end-to-end design, production, fulfillment, customer support, e-mail marketing, photoshoots, product shots, and paid advertisement services for its Content Creators (the "Business"). The Business is operated by the Debtor's principal, Christopher Vaccarino, out of his residence in Brookhaven, Georgia.

**EXHIBIT "B"**

**PROFIT AND LOSS STATEMENT**

# Fanjoy Co

## Profit and Loss

### July 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|    4010 Shopify - Product Sales | 556,688.71 |
|    4020 Shopify - Discounts | -36,340.34 |
|    4030 Shopify - Returns | -8,319.10 |
|    4040 Shopify - Shipping | 106,190.59 |
|    4100 Sales from Projects | 7,372.76 |
|    4600 Sublease Income | 0.00 |
| **Total Income** | **$625,592.62** |
| **Cost of Goods Sold** | |
|    5010 Job Materials | 127,193.26 |
|    5020 Fullfillment Fees | 15,508.69 |
|    5030 Shipping and delivery expense | 106,909.94 |
|    5040 Platform Fee | 20,704.86 |
|    5050 Talent Payouts | 100,000.01 |
| **Total Cost of Goods Sold** | **$370,316.76** |
| **GROSS PROFIT** | **$255,275.86** |
| **Expenses** | |
|    6000 Payroll Expenses | |
|       6010 Wages | 55,742.74 |
|       6020 Benefits | 3,427.75 |
|       6030 Taxes | 4,218.41 |
|       6040 Service Fees | 1,528.16 |
| **Total 6000 Payroll Expenses** | **64,917.06** |
|    6100 Advertising & Marketing | |
|       6110 Social Media Advertising | 3,059.56 |
|       6120 Internet and Email Advertising | 11,035.08 |
| **Total 6100 Advertising & Marketing** | **14,094.64** |
|    6200 Facilities Expenses | |
|       6230 Rent or Lease Expense | 9,248.23 |
|       6270 Utilities | 161.35 |
|       6280 Warehouse and Storage | 3,942.51 |
| **Total 6200 Facilities Expenses** | **13,352.09** |
|    6400 Office and Admin Expenses | 2,200.00 |
|       6405 Bank Charges | 1,427.79 |
|       6406 QuickBooks Payments Fees | 64.82 |
|       6407 Merchant Fees | 21,625.61 |
|       6425 Computer Software Programs | 2,973.06 |
| **Total 6400 Office and Admin Expenses** | **28,291.28** |

# Fanjoy Co

## Profit and Loss

July 2023

|  | TOTAL |
|---|---:|
| 6600 Professional Fees |  |
|    6610 Accounting Fees | 6,120.00 |
|    6640 Legal Fees | 720.50 |
| **Total 6600 Professional Fees** | **6,840.50** |
| **Total Expenses** | **$127,495.57** |
| **NET OPERATING INCOME** | **$127,780.29** |
| Other Income |  |
|    7015 Other Income | 4,764.81 |
| **Total Other Income** | **$4,764.81** |
| Other Expenses |  |
|    8010 Interest Expense | 158.06 |
| **Total Other Expenses** | **$158.06** |
| **NET OTHER INCOME** | **$4,606.75** |
| **NET INCOME** | **$132,387.04** |

# EXHIBIT "C"

# BALANCE SHEET

# Fanjoy Co

## Balance Sheet

As of August 14, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | $386,049.15 |
|     Accounts Receivable | $2,593.05 |
|     Other Current Assets | $642,850.20 |
|   **Total Current Assets** | **$1,031,492.40** |
|   Fixed Assets | $40,819.85 |
|   Other Assets | $0.00 |
| **TOTAL ASSETS** | **$1,072,312.25** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | $4,760,079.69 |
|       Credit Cards | $1,975,402.05 |
|       Other Current Liabilities | $317,415.16 |
|     **Total Current Liabilities** | **$7,052,896.90** |
|     Long-Term Liabilities | $1,884,856.91 |
|   **Total Liabilities** | **$8,937,753.81** |
|   Equity | $ -7,865,441.56 |
| **TOTAL LIABILITIES AND EQUITY** | **$1,072,312.25** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**FANJOY CO.,**<br><br>Debtor. | CHAPTER 11<br>SUBCHAPTER V<br><br>CASE NO. 23-57565-PWB |

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, the foregoing *Notice of Filing Small Business Documents* (the "Notice") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sent a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's ECF Program:

- **Thomas Dworschak**   thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com
- **Alison Elko Franklin**    franklinae@gtlaw.com, fieldss@gtlaw.com, brattons@gtlaw.com
- **Gary W. Marsh**    gary.marsh@troutman.com, wlbank@troutman.com
- **Tamara Miles Ogier**    tmo@orratl.com, jc@orratl.com;tmo@trustesolutions.net
- **Pierce Rigney**    pierce.rigney@troutman.com

This 15th day of August, 2023.

                                            **JONES & WALDEN LLC**

                                            */s/ Leslie M. Pineyro*
                                            Leslie M. Pineyro
                                            Georgia Bar No. 969800
                                            699 Piedmont Avenue, NE
                                            Atlanta, Georgia 30308
                                            (404) 564-9300
                                            lpineyro@joneswalden.com
                                            Proposed Attorney for Debtor