UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

FANJOY CO.,

Debtor.

_____/

Case No.: 23-57565-PWP

Chapter 11

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Part VII and Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, BEDABOX, LLC, a Florida limited liability company, doing business as Shipmonk, appears in this bankruptcy proceeding through its counsel, Akerman LLP, and requests service of all notices and documents herein upon:

Amy M. Leitch, Esq.
Email: amy.leitch@akerman.com
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the bankruptcy proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Court judge, (ii) the right to trial

72379687;1

by jury in any proceeding triable in this bankruptcy proceeding or any case, controversy or proceeding related to this bankruptcy proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law, in equity or under any agreement, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

This 23rd day of August, 2023.

AKERMAN LLP

By: */s/ Amy M. Leitch*
Amy M. Leitch
Georgia Bar No. 153227
Email: amy.leitch@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida  32202
Telephone:  (904) 798-3700
Facsimile:  (904) 798-3730

*Counsel for, BEDABOX, LLC, a Florida limited liability company, doing business as Shipmonk*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:

FANJOY CO.,　　　　　　　　　　　　　　　　　　Case No.: 23-57565-PWB

　　　　Debtor.　　　　　　　　　　　　　　　　　Chapter 11
_____/

**CERTIFICATE OF SERVICE**

　　　　This is to certify that I have served the foregoing "Notice of Appearance and Request for Service of Notices and Documents" on counsel for all parties by filing the same using the Court's CM/ECF System and by deposition true and correct copies of the same in the United States Mail with sufficient first-class postage affixed thereto to insure delivery to the following:

| | |
|---|---|
| Leon S. Jones, Esq. | Tamara Miles Ogier, Esq. |
| Leslie M. Pineyro, Esq. | Ogier, Rothschild & Rosenfeld PC |
| Jones & Walden, LLC | Post Office Box 1547 |
| 699 Piedmont Avenue NE | Decatur, GA 30031 |
| Atlanta, GA 30308 | |
| | Thomas Dworschak, Esq. |
| Gary W. Marsh, Esq. | Office of the United States Trustee |
| Pierce E. Rigney, Esq. | Room 362 |
| Troutman Pepper Hamilton Sanders LLP | 75 Ted Turner Drive, SW |
| 600 Peachtree Street, NE | Atlanta, GA 30303 |
| Suite 3000 | |
| Atlanta, GA 30308 | |
| | |
| Allison E. Franklin, Esq. | |
| Greenberg Traurig, LLP | |
| 3333 Piedmont Road, NE | |
| Suite 2500 | |
| Atlanta, GA 30305 | |

72379687;1

This 23rd day of August, 2023.

AKERMAN LLP

By: */s/ Amy M. Leitch*
Amy M. Leitch
Georgia Bar No. 153227
Email: amy.leitch@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida  32202
Telephone:  (904) 798-3700
Facsimile:  (904) 798-3730

72379687;1