**Fill in this information to identify the case:**

Debtor name      **Fanjoy Co.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-57565**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 30, 2023**          X **/s/ Christopher Vaccarino**
                                                        Signature of individual signing on behalf of debtor

                                                        **Christopher Vaccarino**
                                                        Printed name

                                                        **President**
                                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fanjoy Co.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **23-57565** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $ **647,864.64**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $ **647,864.64**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **2,354,500.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **6,846,224.61**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b

$ **9,200,724.61**

**Fill in this information to identify the case:**

Debtor name    **Fanjoy Co.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-57565**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking** | **3631** | **$147,000.00** |
| 3.2. | **Mercury** | **Checking** | **5797** | **$229,000.00** |
| 3.3. | **Paypal** | | | **$19,664.64** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$395,664.64** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

| Debtor | **Fanjoy Co.** | Case number *(If known)* **23-57565** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        _____ **0.00**  -  _____ **0.00**  = ....        _____ **$0.00**
                                        face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                   | **$0.00** |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Blank garmets** | **08/08/2023** | **$297,000.00** | **Liquidation** | **$19,200.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Content creator customized items ready to ship to customers.** | | **$165,000.00** | **Liquidation** | **$58,000.00** |
| 22. | **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**
         Add lines 19 through 22.  Copy the total to line 84.                   | **$77,200.00** |

24.    **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ■ No
         ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

| Debtor | **Fanjoy Co.** | Case number *(if known)* **23-57565** |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Clothing rack, 14 office computers, office iPads, clothing modeling mannequins, photo studio lighting, photo equipment, and mini-refrigerator. | **$0.00** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collect bles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. | | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor   **Fanjoy Co.**       Case number *(If known)* **23-57565**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Fanjoy TM**<br>**Registration Number: 5889133** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites**<br>fanjoy.co | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Employee Retention Credit**     Tax year | **$175,000.00** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| Debtor | **Fanjoy Co.** | Case number *(If known)* **23-57565** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$175,000.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | **Fanjoy Co.** | Case number *(If known)* **23-57565** |
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $395,664.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $77,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $175,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $647,864.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $647,864.64 |

**Fill in this information to identify the case:**

Debtor name  **Fanjoy Co.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-57565**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1    CircleUp**
Creditor's Name

**548 Market St.**
**PMB 60874**
**San Francisco, CA 94104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/22/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Property described in the UCC Initial Filing Number 2022 7548811 filed on September 8, 2022, with the Delaware Department of State.**

**Describe the lien**
**Delaware UCC File No. 2022 7548811**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,275,000.00**    Column B: **Unknown**

---

**2.2    OnRamp/Fifth Floor 2, LLC**
Creditor's Name

**1705 S. Capital of Texas Hwy**
**Suite 500**
**Austin, TX 78746-6578**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/1/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Property described in the UCC Initial Filing Number 2023 2214749 filed on March 23, 2023, with the Delaware Department of State.**

**Describe the lien**
**Delaware UCC File No. 2023 2214749**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$79,500.00**    Column B: **$0.00**

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,354,500.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Fanjoy Co.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-57565**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**1 Model Management LA, LLC**
**529-531 Westmount Dr**
**Los Angeles, CA 90048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No   ☐ Yes

**$900.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**28th Ave Management LLC**
**17 28th Avenue Apt 103**
**Venice, CA 90291**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,203.60**

---

**3.3** | Nonpriority creditor's name and mailing address

██████████████████

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No   ☐ Yes

**$713.48**

---

**3.4** | Nonpriority creditor's name and mailing address

**ABM Parking Services Inc**
**8687 Melrose Ave., Suite P1**
**West Hollywood, CA 90069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

| Debtor | **Fanjoy Co.** | | Case number (if known) | **23-57565** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*  **$10,211.82**
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
**Air Labs**
**223 BEDFORD AVE. PMB 1163**
**Brooklyn, NY 11211**

As of the petition filing date, the claim is: *Check all that apply.*  **$4,464.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Digital Assets Storage**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*  **$6,666.67**
☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator payouts (Brand Deal)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*  **$6,761.71**
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**Amex Platinum**
**18850 N 56TH ST**
**Phoenix, AZ 85050**

As of the petition filing date, the claim is: *Check all that apply.*  **$463,466.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**Amex Plum**
**18850 N 56TH ST**
**Phoenix, AZ 85050**

As of the petition filing date, the claim is: *Check all that apply.*  **$255,367.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|--------|----------------|------------------------|--------------|
|        | Name           |                        |              |

---

**3.12** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.* — **$500.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Creator payout (Brand Deal)_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.* — **$2,500.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Creator payouts (Brand Deal)_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.* — **$1,166.67**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Creator payouts (Brand Deal)_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.* — **$10,000.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Creator payouts (Brand Deal)_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.* — **$4,000.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Creator payouts (Brand Deal)_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.* — **$6,666.67**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Creator payouts (Brand Deal)_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.* — **$2,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Independent Contractor_

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

Avalara Inc
Dept CH 16781
Palatine, IL 60055

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.20** | Nonpriority creditor's name and mailing address

Bank of America
ATTN: Brian Moynihan, CEO
100 N Tryon St
Charlotte, NC 28202

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Credit card_

Is the claim subject to offset? ☐ No ☐ Yes

**$47,295.41**

---

**3.21** | Nonpriority creditor's name and mailing address

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Creator payouts (Brand Deal)_

Is the claim subject to offset? ☐ No ☐ Yes

**$15,000.00**

---

**3.22** | Nonpriority creditor's name and mailing address

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Creator (merchandising)_

Is the claim subject to offset? ☐ No ☐ Yes

**$687.66**

---

**3.23** | Nonpriority creditor's name and mailing address

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Creator payouts (Brand Deal)_

Is the claim subject to offset? ☐ No ☐ Yes

**$6,666.67**

---

**3.24** | Nonpriority creditor's name and mailing address

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Creator (merchandising)_

Is the claim subject to offset? ☐ No ☐ Yes

**$7,165.72**

---

**3.25** | Nonpriority creditor's name and mailing address

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Creator (merchandising)_

Is the claim subject to offset? ☑ No ☐ Yes

**$358.98**

---

Debtor   **Fanjoy Co.**
_____
Name

Case number (if known)   **23-57565**

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | | | | | | | | | | $790.98 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dates(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | | | | | | | | | | $436.02 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Dates(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | | | | | | | | | | $752,000.00 |

**Brex Inc**
**12832 Frontrunner Blvd**
**Suite 500**
**Draper, UT 84020**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dates(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | | | | | | | | | | | $500.00 |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Dates(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator payout (Brand Deal)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | | | | | | | | | | | $41,827.53 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Dates(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | | | | | | | | | | | $0.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Dates(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | | | | | | | | | | | $193,397.23 |

**Capital One**
**ATTN: Richard Fairbank, CEO**
**1680 Capital One Dr**
**Mc Lean, VA 22102**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dates(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,077.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Creator (merchandising)__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Creator (merchandising)__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,515.38**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Creator (merchandising)__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address
**ClearCo**
**1200-33 Yonge Street, Toronto**
**Ontario, M5E 1G4, Canada**

**Date(s) debt was incurred** __2/1/2023__

**Last 4 digits of account number** __

| As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Inventory Invoice Plan__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Creator payout (Brand Deal)__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,631.06**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Creator payouts (Brand Deal)__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address
**Creative Artists Agency LLC**
**2000 Avenue of the Stars**
**Los Angeles, CA 90067**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

| As of the petition filing date, the claim is: *Check all that apply.* | **$481.27**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Creator (merchandising)__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Creator payouts (Brand Deal)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Culver Pointe Office
51 Madison Avenue
room 901
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Office lease**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$338.01** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,097.77** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,586.15** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,736.00** |
|---|---|---|---|

Dentons US LLP
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,782.24** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $833.33 |
|---|---|---|---|

■ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Creator payout (Brand Deal)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,166.67 |
|---|---|---|---|

■ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Creator payouts (Brand Deal)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,562.02 |
|---|---|---|---|

☐ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $893.34 |
|---|---|---|---|

☐ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

**Endorphin Partners, LLC
426 West 14th Street
6th Floor
New York, NY 10014**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Marketing Partner (Shopify PopUp)**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,375.00 |
|---|---|---|---|

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Independent Contractor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,158.36 |
|---|---|---|---|

☐ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Creator (merchandising)**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fanjoy Co. | Case number (if known) | 23-57565 |
|---|---|---|---|
| | Name | | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,812.50 |
|---|---|---|
| **Eventus Advisory Group, LLC**<br>**14201 N. Hayden Road**<br>**Suite A-1**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,666.67 |
|---|---|---|
| ███████████████ | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Creator payouts (Brand Deal) | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|
| **Gabriel McMorland**<br>**c/o Carlson Brown**<br>**P.O. Box 242**<br>**Sewickley, PA 15143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  May 26, 2023 | **Basis for the claim:** Settlement Agreement | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| ███████████████ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Creator (merchandising) | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,808.67 |
|---|---|---|
| ███████████████ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Creator (merchandising) | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,808.67 |
|---|---|---|
| ███████████████ | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Creator (merchandising) | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,546.01 |
|---|---|---|
| **Gemini Apparel**<br>**225 West 34th Street**<br>**9th Floor, Suite 940**<br>**New York, NY 10122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Manufacturing | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,500.00** |
| --- | --- | --- | --- |

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __creator payouts (Brand Deal)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,244.16** |
| --- | --- | --- | --- |

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Creator (merchandising)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,095.88** |
| --- | --- | --- | --- |

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Creator (merchandising)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,816.99** |
| --- | --- | --- | --- |

**Google**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ad platform provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$576.84** |
| --- | --- | --- | --- |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,657.50** |
| --- | --- | --- | --- |

**GreenRoom, Inc.**
**2801 Madison St.**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.67** |
| --- | --- | --- | --- |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Creator payout (Brand Deal)__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fanjoy Co. | Case number (if known) | 23-57565 |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.65 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Creator (merchandising)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,939.27 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __creator payouts (Brand Deal)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.67 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Creator payouts (Brand Deal)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,214.31 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Creator (merchandising)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Creator payout (Brand Deal)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,350.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Creator payouts (Brand Deal)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,996.59 |
|---|---|---|---|

**Independent Trading Co**
**1341 Calle Avanzado**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.59 |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Creator (merchandising)__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,666.66 |
|---|---|---|---|

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Creator payouts (Brand Deal)__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,832.70 |
|---|---|---|---|

**J & O Firm PLLC**
**150 E Palmetto Park Rd**
**Suite 800**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Legal__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Creator payouts (Brand Deal)__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,444.70 |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Creator (merchandising)__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,717.34 |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Creator (merchandising)__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,755.31 |
|---|---|---|---|

**JPMorgan Chase Bank, Nat'l Ass**
**ATTN: Jamie Dimon, CEO**
**1111 Polaris Pkwy**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Credit card__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Fanjoy Co.**                                                Case number *(if known)*    **23-57565**
_____                                    _____
          Name

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73,766.00** |

**Kabbage/AMEX**
**18850 N 56TH ST**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Line of Credit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,256.53** |

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Creator (merchandising)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,997.57** |

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Creator (merchandising)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Creator (merchandising)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,494.67** |

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Creator (merchandising)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$872.76** |

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Creator (merchandising)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,750.00** |

**Kevin Yan Luis c/o Noor Saab**
**380 North Broadway**
**Suite 300**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __May 1, 2023__

**Basis for the claim:** __Settlement Agreement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fanjoy Co. | Case number (if known) | 23-57565 |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,654.22 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,870.91 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,219.89 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **email marketing platform**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,218.35 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147,380.52 |
|---|---|---|---|
| | **Lane Seven Apparel**<br>**9 Orchard Road Suite 101**<br>**Lake Forest, CA 92630** | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.36 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,328.69**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$847.54**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Creator payouts (Brand Deal)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.67**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Creator payouts (Brand Deal)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,601.33**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Creator (merchandising)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**
**Miami Tees Inc.**
**5120 NW 165th Street Bay 101**
**Hialeah, FL 33014** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,516.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Manufacturing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.67**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Creator payouts (Brand Deal)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

---

**3.103** Nonpriority creditor's name and mailing address

▉▉▉▉▉▉▉▉▉▉▉▉

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,810.30**

---

**3.104** Nonpriority creditor's name and mailing address

**Mint Performance Marketing Inc
WeWork, The Maxwell, 1019 E
4th Pl
Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Agency**

Is the claim subject to offset? ☑ No ☐ Yes

**$35,450.00**

---

**3.105** Nonpriority creditor's name and mailing address

**Miranda Sings Inc
20 Crossways Park Dr N
Ste 41
Woodbury, NY 11797**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **creator payouts/inventory**

Is the claim subject to offset? ☑ No ☐ Yes

**$37,242.34**

---

**3.106** Nonpriority creditor's name and mailing address

▉▉▉▉▉▉▉▉▉▉▉▉

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ☑ No ☐ Yes

**$467.78**

---

**3.107** Nonpriority creditor's name and mailing address

▉▉▉▉▉▉▉▉▉▉▉▉

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ☑ No ☐ Yes

**$24,967.26**

---

**3.108** Nonpriority creditor's name and mailing address

▉▉▉▉▉▉▉▉▉▉▉▉

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Creator payout (Brand Deal)**

Is the claim subject to offset? ☑ No ☐ Yes

**$833.33**

---

**3.109** Nonpriority creditor's name and mailing address

▉▉▉▉▉▉▉▉▉▉▉▉

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ☑ No ☐ Yes

**$12,937.84**

---

| Debtor | **Fanjoy Co.** | Case number (*if known*) | **23-57565** |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,698.97** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Creator (merchandising)</u>

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Creator payout (Brand Deal)</u>

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,760.81** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Creator (merchandising)</u>

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,875.92** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Creator (merchandising)</u>

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,081.83** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Creator (merchandising)</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.33** |
|---|---|---|---|

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Creator payout (Brand Deal)</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,303.57** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Creator (merchandising)</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Fanjoy Co.**                                        Case number (if known)  **23-57565**
_____
Name

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | **$500.00** |

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator payout (Brand Deal)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | **$6,400.00** |

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator payouts (Brand Deal)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | **$22,962.50** |
| | Oceanaire Sportswear Inc | |
| | 2937 E Maria St | |
| | Compton, CA 90221 | |

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Manufacturing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator (merchandising)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | **$7,469.00** |
| | Palmetto,Mollo,Molinaro&Passar | |
| | 2901 W. Cypress Creek Road | |
| | Suite 120 | |
| | Fort Lauderdale, FL 33309-1732 | |

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Accountant**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | **$3,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator payouts (Brand Deal)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | **$166.66** |

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Creator payout (Brand Deal)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Fanjoy Co.**
_____
Name

Case number (if known)   **23-57565**
_____

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,421.24** |
|---|---|---|---|

███████████████████████

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Creator (merchandising)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649,868.80** |
|---|---|---|---|

**Printful, Inc**
**1105 Westlake Dr**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Manufacturing_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.80** |
|---|---|---|---|

**Quikturn Professional**
**Screenprinting, Inc.**
**567 S. Melrose St.**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Manufacturing_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,980.85** |
|---|---|---|---|

███████████████████████

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Creator (merchandising)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,962.89** |
|---|---|---|---|

███████████████████████

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Creator (merchandising)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$833.33** |
|---|---|---|---|

███████████████████████

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Creator payout (Brand Deal)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,268.41** |
|---|---|---|---|

**S&S Activewear**
**220 Remington Blvd**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fanjoy Co. | Case number (if known) | 23-57565 |
|---|---|---|---|
| | Name | | |

---

**3.131** **Nonpriority creditor's name and mailing address**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Creator (merchandising)

Is the claim subject to offset? ☐ No ☐ Yes

$3,905.63

---

**3.132** **Nonpriority creditor's name and mailing address**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Creator payout (Brand Deal)

Is the claim subject to offset? ☐ No ☐ Yes

$250.00

---

**3.133** **Nonpriority creditor's name and mailing address**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Creator (merchandising)

Is the claim subject to offset? ☐ No ☐ Yes

$29,038.55

---

**3.134** **Nonpriority creditor's name and mailing address**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  creator payouts/inventory

Is the claim subject to offset? ☐ No ☐ Yes

$65,314.43

---

**3.135** **Nonpriority creditor's name and mailing address**
Shipmonk
201 NW 22 Avenue #100
Fort Lauderdale, FL 33311

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  3PL (third party logistics)

Is the claim subject to offset? ☐ No ☐ Yes

$239,254.05

---

**3.136** **Nonpriority creditor's name and mailing address**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Creator (merchandising)

Is the claim subject to offset? ☑ No ☐ Yes

$334.28

---

**3.137** **Nonpriority creditor's name and mailing address**
Slope
7 Freelon St
San Francisco, CA 94107

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Inventory Invoice Plan

Is the claim subject to offset? ☑ No ☐ Yes

$90,000.00

---

| Debtor | **Fanjoy Co.** | | Case number *(if known)* | **23-57565** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,481.91** |
| --- | --- | --- | --- |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer Support Service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$833.33** |
| --- | --- | --- | --- |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Creator payout (Brand Deal)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$993.26** |
| --- | --- | --- | --- |

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Creator (merchandising)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,304.44** |
| --- | --- | --- | --- |

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Creator (merchandising)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,423.75** |
| --- | --- | --- | --- |

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Creator (merchandising)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,070.80** |
| --- | --- | --- | --- |

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Creator (merchandising)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,568.60** |
| --- | --- | --- | --- |

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Creator (merchandising)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,769.89** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ☑ No ☐ Yes

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,153.06** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator payouts (Insider)

Is the claim subject to offset? ☑ No ☐ Yes

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416.67** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator payout (Brand Deal)

Is the claim subject to offset? ☑ No ☐ Yes

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,936.07** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ☑ No ☐ Yes

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,287.85** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ☑ No ☐ Yes

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,184.43** |
|---|---|---|---|

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  creator payouts/inventory

Is the claim subject to offset? ☑ No ☐ Yes

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$856,955.33** |
|---|---|---|---|

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Insider / Brand Deals

Is the claim subject to offset? ☑ No ☐ Yes

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

---

| | |
|---|---|
| Debtor | **Fanjoy Co.** |
| | Name |

Case number (if known) **23-57565**

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,530.56 |
|---|---|---|---|

**TikTok**
**1920 Olympic Blvd**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Ad platform provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.36 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,837.86 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.50 |
|---|---|---|---|

**TruHR Employment Services**
**2913 El Camino Real#141**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Independent Contractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,298.09 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,203.40 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,852.02 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Creator (merchandising)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fanjoy Co.** | Case number (if known) | **23-57565** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | | $2,806.69 |
|---|---|---|---|

███████████████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | | $572.43 |
|---|---|---|---|

**We Are Verified, LLC**
**8501 Wilshire Blvd #170**
**Beverly Hills, CA 90211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | | $336,796.68 |
|---|---|---|---|

**WebBank (Shopify Capital)**
**151 O'Connor St Ground floor**
**Ottawa, ON K2P 2L8, Canada**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan Agreement (No UCC located)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | | $164,213.56 |
|---|---|---|---|

**WME Entertainment, LLC**
**9601 Wilshire Blvd 3rd Floor**
**Beverly Hills, CA 90210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | $1,148.21 |
|---|---|---|---|

███████████████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | | $219.01 |
|---|---|---|---|

███████████████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | | $987.86 |
|---|---|---|---|

███████████████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Creator (merchandising)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fanjoy Co. | Case number (if known) | 23-57565 |
|--------|-----------|------------------------|----------|
|        | Name      |                        |          |

### 3.166

**Nonpriority creditor's name and mailing address**

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Creator payout (Brand Deal)

**Is the claim subject to offset?** ☑ No  ☐ Yes

**$166.67**

### 3.167

**Nonpriority creditor's name and mailing address**

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Creator payout (Brand Deal)

**Is the claim subject to offset?** ☑ No  ☐ Yes

**$720.00**

### 3.168

**Nonpriority creditor's name and mailing address**

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Creator (merchandising)

**Is the claim subject to offset?** ☑ No  ☐ Yes

**$211.87**

### 3.169

**Nonpriority creditor's name and mailing address**

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Creator (merchandising)

**Is the claim subject to offset?** ☑ No  ☐ Yes

**$2,213.30**

### 3.170

**Nonpriority creditor's name and mailing address**

[redacted]

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Creator (merchandising)

**Is the claim subject to offset?** ☑ No  ☐ Yes

**$3,741.55**

---

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **WebBank (Shopify Capital)**<br>**ATTN: Jason Lloyd, CEO**<br>**215 S State St**<br>**Salt Lake City, UT 84111** | Line **3.161**<br><br>☐ Not listed. Explain ____ | __ |

---

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | |

Debtor    **Fanjoy Co.**
Name

Case number (*if known*)    **23-57565**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

6,846,224.61

5c.    $    **6,846,224.61**

| Fill in this information to identify the case: |
|---|

Debtor name   **Fanjoy Co.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **23-57565**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Executory contracts for merchandise and brand deals with various content creators, whose names and addresses are redacted pursuant to Court order.** | |
|            State the term remaining |  | **Content Creators Redacted** |
|     List the contract number of any government contract |  |  |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Lease of a merchandise return center.** | |
|            State the term remaining | **Expires September 1, 2023** | **David Associates II, LLC 6801 Lake Worth Road Suite #205 Lake Worth, FL 33467** |
|     List the contract number of any government contract |  |  |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **A lease for office space located at 400 Corporate Pointe, Suite 550, Culver City, CA 90230.** | |
|            State the term remaining | **65 Months from February 1, 2020.** | **REEP-OFC Corporate Pointe CA One Front Street Suite 550 San Francisco, CA 94111** |
|     List the contract number of any government contract |  |  |

| Debtor 1 | **Fanjoy Co.** | | | Case number *(if known)* | **23-57565** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **A sublease of office space located at 400 Corporate Pointe, Suite 550, Culver City, CA 90230.** | |
|---|---|---|---|
| | State the term remaining | **Terminates on June 29, 2025.** | **Service MVP** |
| | List the contract number of any government contract | | **6167 Bristol Parkway Suite 140 Culver City, CA 90230** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **A WeWork photo space.** | |
|---|---|---|---|
| | State the term remaining | **Terminates August 31, 2024** | **WeWork** |
| | List the contract number of any government contract | | **750 N. San Vicente Blvd. Suite 800 West West Hollywood, CA 90069** |

**Fill in this information to identify the case:**

Debtor name    **Fanjoy Co.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-57565**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chris Vaccarino** | **1483 Sylvan Circle NE Atlanta, GA 30319 Limited guarantor of Fanjoy debt to CircleUp.** | **CircleUp** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Chris Vaccarino** | **1483 Sylvan Circle NE Atlanta, GA 30319 Guarantor on Brex credit card.** | **Brex** | ☐ D ____ ☐ E/F ____ ☐ G ____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **Fanjoy Co.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-57565**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **5/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,942,854.99** |
| **For prior year:**<br>From  **5/01/2022** to  **4/30/2023** | ■ Operating a business<br>☐ Other _____ | **$22,246,570.48** |
| **For year before that:**<br>From  **5/01/2021** to  **4/30/2022** | ■ Operating a business<br>☐ Other _____ | **$29,190,409.34** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Debtor | Fanjoy Co. | Case number *(if known)* | 23-57565 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached SOFA 3 Exhibit** | **See Attached SOFA 3 Exhibit** | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **See Attached SOFA 3 Exhibit** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Chris Vaccarino**<br>**1483 Sylvan Circle NE**<br>**Atlanta, GA 30319**<br>**Founder, President, and Sole Director** | **April 13, 2023** | $25,000.00 | **Repayment of loan made to Debtor by Chris Vaccarino.** |

5. **Repossessions, foreclosures, and returns**
List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Chris Vaccarino**<br>**1483 Sylvan Circle NE**<br>**Atlanta, GA 30319** | **Repayment of a loan made by Chris Vaccarino to the Debtor.**<br>Last 4 digits of account number:   **3631** | **April 13, 2023** | $25,000.00 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Fanjoy Co.**                                                                Case number *(if known)*  **23-57565**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CircleUp Credit Advisors LLC, a Delaware limited liability company, Plainitff, vs. Fanjoy Co., a Delaware corporation, Christopher Vaccarino, an individual, and DOE 1 through DOE 75, inclusive, Defendants**<br>**23SMCV01956** | **Breach of contract and receivership.** | **Superior Court of California County**<br>**1633 Purdue Ave West**<br>**Los Angeles, CA 90025** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Kevin Yan Luis v. Fanjoy Co.**<br>**1:22-cv-10499-JLR** | **Civil Rights: Americans with Disabilities - Other** | **US District Court Southern District NY** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Gabriel McMorland v. Fanjoy Co.**<br>**2:22-cv-01511-CCW-LPL** | **Civil Rights: Americans with Disabilities - Other** | **US District Court Western District of PA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Receiver James Wong**<br>**3943 Irvine Blvd. #253**<br>**Irvine, CA 92602-2400** | Describe the property<br>**Receiver appointed pre-petition on May 30, 2023.** | **Unknown** |
| | Case title<br>**CircleUp Credit Advisors LLC v. Fanjoy**<br>Case number<br>**23SMCV01956**<br>Date of order or assignment<br>**05/30/2023** | Court name and address<br>**Superior Court of the State of Cal.** |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**Part 6:    Certain Payments or Transfers**

| Debtor | Fanjoy Co. | | Case number *(if known)* | 23-57565 |
|---|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Jones & Walden, LLC 699 Piedmont Avenue NE Atlanta, GA 30308 | Attorney Fees, inclusive of a $28,414.50 pre-petition retainer security. | 08/03/2023 | $50,000.00 |
| | Email or website address info@joneswalden.com | | | |
| | Who made the payment, if not debtor? Chris Vaccarino | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Chris Vaccarino 1483 Sylvan Circle NE Atlanta, GA 30319 | On April 13, 2023 $49,000 was transferred from Fanjoy account ending in 3631 to Chris Vaccarino. On April 17, 2023 $24,000 of that sum was paid to Fanjoy's credit card account ending in 1835. $25,000 was retained by Chris Vaccarino in repayment of a debt he was owed by Fanjoy, incurred on February 28, 2023. | April 13, 2023 | $49,000.00 |
| | Relationship to debtor Founder, President, and Sole Director | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor    **Fanjoy Co.**                                        Case number *(if known)*  **23-57565**

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **400 Corporate Pointe Suite 500 Culver City, CA 90230** | **February 2020 to June 2022** |
| 14.2.  **10000 Washington Blvd. Culver City, CA 90232** | **January 2020 to February 2020** |
| 14.3.  **750 N. San Vicente Blvd. West Hollywood, CA 90069** | **August 2022 to Present** |
| 14.4.  **1483 Sylvan Circle NE Atlanta, GA 30319** | **June 2022 to Present** |
| 14.5.  **6801 Lake Worth Road Suite 205 Greenacres, FL 33467** | **August 2020 to Present** |

---

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐  No.
    ☑  Yes. State the nature of the information collected and retained.

    **Customer names, addresses, e-mails, and phone numbers.**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

| Debtor | Fanjoy Co. | Case number *(if known)* | 23-57565 |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Shipmonk<br>201 NW 22nd Ave., Unit 100<br>Fort Lauderdale, FL 33311-8635 | Shipmonk, 201 NW 22nd Ave., Unit 100, Fort Lauderdale, FL 33311 | **Finished content creator merchandise.** | ☐ No<br>■ Yes |
| Miami Tees Inc.<br>5120 NW 165th Street<br>Hialeah, FL 33014-6340 | Miami Tees Inc., 5120 NW 165th Street, Hialeah, FL 33014 | **Raw unfinished merchandise.** | ☐ No<br>■ Yes |
| Fanjoy Off-Premises Storage<br>6801 Laweworth Rd.<br>Suite 205<br>Lake Worth, FL 33467 | Carissa Vaccarino | **Returned goods.** | ☐ No<br>■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **Fanjoy Co.** | Case number *(if known)* | **23-57565** |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Eventus Advisory Group, LLC**<br>**14201 N. Hayden Road**<br>**Suite A-1**<br>**Scottsdale, AZ 85260** | **January 2023 to**<br>**Petition Date** |
| 26a.2. | **Palmetto,Mollo,Molinaro&Passar**<br>**2901 West Cyprus Creek  Road**<br>**Suite 120**<br>**Fort Lauderdale, FL 33309** | **April 2015 to**<br>**Petition Date** |
| 26a.3. | **Minrose Services LLC**<br>**3614 Del Amo Blvd.**<br>**Suite 2**<br>**Torrance, CA 90503** | **March 2021 to**<br>**Petition Date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

Debtor   Fanjoy Co.                                          Case number *(if known)*  23-57565

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Minrose Services LLC** <br> **3614 Del Amo Blvd.** <br> **Suite 2** <br> **Torrance, CA 90503** | **March 2021 to** <br> **Petition Date.** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Eventus Advisory Group, LLC** <br> **14201 N. Hayden Road** <br> **Suite A-1** <br> **Scottsdale, AZ 85260** | **January 2023 to** <br> **Petition Date.** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Palmetto,Mollo,Molinaro&Passar** <br> **2901 West Cyprus Creek Road** <br> **Suite 120** <br> **Fort Lauderdale, FL 33309** | **April 2015 to** <br> **Petition Date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Eventus Advisory Group, LLC** <br> **14201 N. Hayden Road** <br> **Suite A-1** <br> **Scottsdale, AZ 85260** | |
| 26c.2. **Minrose Services LLC** <br> **3614 Del Amo Blvd.** <br> **Suite 2** <br> **Torrance, CA 90503** | |
| 26c.3. **Palmetto,Mollo,Molinaro&Passar** <br> **2901 West Cyprus Creek Road** <br> **Suite 120** <br> **Fort Lauderdale, FL 33309** | |
| 26c.4. **James Wong** | **Receiver appointed pre-petition on May 30, 2023.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **CircleUp** <br> **548 Market St.** <br> **PMB 60874** <br> **San Francisco, CA 94104** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Debtor | **Fanjoy Co.** | Case number *(if known)* | **23-57565** |

| 27.1 | Name of the person who supervised the taking of the inventory<br>**Chris Vaccarino** | Date of inventory<br><br>**Ongoing** | The dollar amount and basis (cost, market, or other basis) of each inventory<br>**Varied amounts based on Quickbooks inventory management data entries.** |

| | Name and address of the person who has possession of inventory records<br>**Chris Vaccarino** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chris Vaccarino** | **1483 Sylvan Circle NE<br>Atlanta, GA 30319** | **Founder; Sole Director; President; Secretary** | **75%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Chris Vaccarino** | **Salary payments totaling $228,307.72. See SOFA 30 attachment.** | **08/09/2022 through 08/18/2023.** | **Bi-weekly salary payments.** |
| | Relationship to debtor<br>**Founder; Sole Member; President; Secretary** | | | |
| 30.2 | **Cristina Manno** | **Salary payments totaling $63,726.99. See SOFA 30 attachment.** | **08/19/2022 through 08/18/2023** | **Bi-weekly salary payments.** |
| | Relationship to debtor<br>**Employee and relative of managing shareholder.** | | | |
| 30.3 | **Carissa Vaccarino** | **Salary payments totaling $65,750.00. See SOFA 30 attachment.** | **08/19/2022 through 08/18/2023.** | **Bi-weekly salary payments.** |
| | Relationship to debtor<br>**Employee and relative of managing shareholder.** | | | |

Debtor    **Fanjoy Co.**

Case number *(if known)*  **23-57565**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Susan Vaccarino** | **Salary payments totaling $65,750.00. See SOFA 30 attachment.** | **08/19/2022 through 08/18/2023.** | **Bi-weekly salary payments.** |
| | Relationship to debtor | | | |
| | **Employee and relative of managing shareholder.** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 30, 2023**

**/s/ Christopher Vaccarino**                              **Christopher Vaccarino**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fanjoy Co**
**Bills and Applied Payments**
May 10 - August 8, 2023

| Vendor | Date | Transaction Type | Memo/Description | Num | Amount | Account (1) | Account (2) |
|---|---|---|---|---|---|---|---|
| **ABM Parking Services Inc** | | | | | | | |
| | 05/16/2023 | Bill Payment (Credit Card) | | | -1,700.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/01/2023 | Bill | | 18081433 | 1,700.00 | 2000 Accounts Payable | 6465 Office and Admin Expenses:Office Expenses |
| | 05/16/2023 | Bill Payment (Credit Card) | | | -1,390.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/20/2023 | Bill | | | 1,390.00 | 2000 Accounts Payable | 6465 Office and Admin Expenses:Office Expenses |
| | | | | | | | |
| **Alpha Broder** | | | | | | | |
| | 05/25/2023 | Bill Payment (Credit Card) | | | -116.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/25/2023 | Bill | | BG749335 | 116.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Credit Card) | | | -66.54 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/24/2023 | Bill | | BG763515 | 66.54 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/26/2023 | Bill Payment (Credit Card) | | | -1,824.55 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/25/2023 | Bill | | BG786677 | 1,824.55 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/15/2023 | Bill Payment (Credit Card) | | | -395.10 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/14/2023 | Bill | | BH934075 | 395.10 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/26/2023 | Bill Payment (Credit Card) | | | -4,083.78 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/25/2023 | Bill | | BI172530 | 4,083.78 | 2000 Accounts Payable | 5010 Job Materials |
| | 08/03/2023 | Bill Payment (Credit Card) | | | -1,934.70 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/02/2023 | Bill | | BI360320 | 1,934.70 | 2000 Accounts Payable | 5010 Job Materials |
| | 08/03/2023 | Bill Payment (Credit Card) | | | -1,063.75 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/02/2023 | Bill | | BI364139 | 1,063.75 | 2000 Accounts Payable | 5010 Job Materials |
| | 08/04/2023 | Bill Payment (Credit Card) | | | -1,156.53 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/05/2023 | Bill | | BI431996 | 1,156.53 | 2000 Accounts Payable | 5010 Job Materials |
| | 08/08/2023 | Bill Payment (Credit Card) | | | -127.20 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/07/2023 | Bill | | BI452116 | 127.20 | 2000 Accounts Payable | 5010 Job Materials |
| | 08/08/2023 | Bill Payment (Credit Card) | | | -2,342.40 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/08/2023 | Bill | | BI436130 | 2,342.40 | 2000 Accounts Payable | 5010 Job Materials |
| | | | | | | | |
| **Amber Lancaster Inc** | | | | | | | |
| | 06/12/2023 | Bill Payment (Check) | | | -14,488.61 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 02/28/2023 | Bill | | | 14,488.61 | 2000 Accounts Payable | 5050 Talent Payouts |
| | | | | | | | |
| **Anthony Smith** | | | | | | | |
| | 05/15/2023 | Bill Payment (Check) | | | -2,740.38 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/12/2023 | Bill | | | 2,740.38 | 2000 Accounts Payable | 6000 Payroll Expenses |
| | 05/26/2023 | Bill Payment (Check) | | | -2,740.38 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/25/2023 | Bill | | | 2,740.38 | 2000 Accounts Payable | 6000 Payroll Expenses |
| | 06/09/2023 | Bill Payment (Check) | | | -2,740.38 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 06/09/2023 | Bill | | | 2,740.38 | 2000 Accounts Payable | 6000 Payroll Expenses |
| | 06/23/2023 | Bill Payment (Check) | | | -2,740.38 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 06/23/2023 | Bill | | | 2,740.38 | 2000 Accounts Payable | 6000 Payroll Expenses |
| | | | | | | | |
| **Avalara Inc** | | | | | | | |
| | 06/04/2023 | Bill Payment (Credit Card) | | | -1,008.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/31/2023 | Bill | | INV08000135 | 1,008.00 | 2000 Accounts Payable | 6610 Professional Fees:Accounting Fees |
| | 07/08/2023 | Bill Payment (Credit Card) | | | -952.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 06/30/2023 | Bill | | INV08073520 | 952.00 | 2000 Accounts Payable | 6610 Professional Fees:Accounting Fees |
| | 08/04/2023 | Bill Payment (Credit Card) | | | -1,120.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/31/2023 | Bill | | | 1,120.00 | 2000 Accounts Payable | 6610 Professional Fees:Accounting Fees |
| | | | | | | | |
| **Canal** | | | | | | | |
| | 05/10/2023 | Bill Payment (Credit Card) | | | -8,291.08 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 04/23/2023 | Bill | | | 8,291.08 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/29/2023 | Bill Payment (Credit Card) | | | -1,972.58 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |

| Date | Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 07/03/2023 | Bill | | 1,972.58 | 2000 Accounts Payable | 5010 Job Materials |
| 07/06/2023 | Bill Payment (Credit Card) | | -178.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/07/2023 | Bill | | 178.69 | 2000 Accounts Payable | 5010 Job Materials |
| 07/13/2023 | Bill Payment (Credit Card) | | -102.35 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/17/2023 | Bill | | 102.35 | 2000 Accounts Payable | 5010 Job Materials |
| 07/20/2023 | Bill Payment (Credit Card) | | -245.05 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/21/2023 | Bill | | 245.05 | 2000 Accounts Payable | 5010 Job Materials |
| 07/20/2023 | Bill Payment (Credit Card) | | -25.84 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/21/2023 | Bill | | 25.84 | 2000 Accounts Payable | 5010 Job Materials |
| 07/27/2023 | Bill Payment (Credit Card) | | -252.06 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/28/2023 | Bill | | 252.06 | 2000 Accounts Payable | 5010 Job Materials |
| 08/03/2023 | Bill Payment (Credit Card) | | -392.27 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 08/07/2023 | Bill | | 392.27 | 2000 Accounts Payable | 5010 Job Materials |
| 05/17/2023 | Bill Payment (Credit Card) | | -1,238.79 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| 05/17/2023 | Bill | | 1,238.79 | 2000 Accounts Payable | 5010 Job Materials |

**Carlo and Sarah LLC**

| Date | Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 06/06/2023 | Bill Payment (Credit Card) | | -30.89 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 03/31/2023 | Bill | | 30.89 | 2000 Accounts Payable | 5050 Talent Payouts |

**Casestry, LLC**

| Date | Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 05/15/2023 | Bill Payment (Credit Card) | | -423.10 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/07/2023 | Bill | 1003394-1008926 | 423.10 | 2000 Accounts Payable | -Split- |
| 05/22/2023 | Bill Payment (Credit Card) | | -233.82 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/14/2023 | Bill | 1009117-1013003 | 233.82 | 2000 Accounts Payable | -Split- |
| 05/29/2023 | Bill Payment (Credit Card) | | -274.26 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/21/2023 | Bill | 1013572-1017334 | 274.26 | 2000 Accounts Payable | -Split- |
| 06/05/2023 | Bill Payment (Credit Card) | | -190.50 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/28/2023 | Bill | 1018480-1021474 | 190.50 | 2000 Accounts Payable | -Split- |
| 06/12/2023 | Bill Payment (Credit Card) | | -142.96 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/04/2023 | Bill | 1022281-1026007 | 142.96 | 2000 Accounts Payable | -Split- |
| 06/19/2023 | Bill Payment (Credit Card) | | -90.95 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/11/2023 | Bill | 1026172-1029810 | 90.95 | 2000 Accounts Payable | -Split- |
| 06/26/2023 | Bill Payment (Credit Card) | | -97.81 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/18/2023 | Bill | 1030394-1033541 | 97.81 | 2000 Accounts Payable | -Split- |
| 07/10/2023 | Bill Payment (Credit Card) | | -52.19 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/02/2023 | Bill | 1042931-1043002 | 52.19 | 2000 Accounts Payable | -Split- |
| 07/17/2023 | Bill Payment (Credit Card) | | -15.89 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/09/2023 | Bill | 1043466-1043466 | 15.89 | 2000 Accounts Payable | -Split- |
| 07/24/2023 | Bill Payment (Credit Card) | | -73.06 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/16/2023 | Bill | 1049931-1051306 | 73.06 | 2000 Accounts Payable | -Split- |
| 07/31/2023 | Bill Payment (Credit Card) | | -190.24 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/23/2023 | Bill | 1053786-1056852 | 190.24 | 2000 Accounts Payable | -Split- |
| 08/07/2023 | Bill Payment (Credit Card) | | -72.03 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/31/2023 | Bill | 1060622-1061179 | 72.03 | 2000 Accounts Payable | -Split- |

**Colleen Huang (StreamElements)**

| Date | Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 05/15/2023 | Bill Payment (Check) | | -1,750.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| 01/13/2023 | Bill | 1381-6 | 1,750.00 | 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |

**Comcast**

| Date | Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 05/24/2023 | Bill Payment (Credit Card) | | -161.35 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/26/2023 | Bill | | 161.35 | 2000 Accounts Payable | 6270 Facilities Expenses:Utilities |
| 06/24/2023 | Bill Payment (Credit Card) | | -161.35 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/26/2023 | Bill | | 161.35 | 2000 Accounts Payable | 6270 Facilities Expenses:Utilities |
| 07/24/2023 | Bill Payment (Credit Card) | | -161.35 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 07/03/2023 | Bill | | 161.35 | 2000 Accounts Payable | 6270 Facilities Expenses:Utilities |

**Culver Pointe Office**

| | | | | | |
|---|---|---|---|---|---|
| | 05/11/2023 | Bill Payment (Check) | | -36,464.71 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 04/01/2023 | Bill | | 36,464.71 2000 Accounts Payable | 6230 Facilities Expenses:Rent or Lease Expense |
| **DEAR MEDIA LLC** | | | | | |
| | 07/25/2023 | Bill Payment (Check) | | -10,977.22 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/31/2023 | Bill | | 10,977.22 2000 Accounts Payable | -Split- |
| | 08/01/2023 | Bill Payment (Check) | | -4,938.04 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/31/2023 | Bill | | 4,938.04 2000 Accounts Payable | -Split- |
| | 08/01/2023 | Bill Payment (Check) | | -9,514.02 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/30/2023 | Bill | | 9,514.02 2000 Accounts Payable | -Split- |
| **Deuxmoi LLC** | | | | | |
| | 06/13/2023 | Bill Payment (Check) | | -2,129.78 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/31/2023 | Bill | | 2,129.78 2000 Accounts Payable | 5050 Talent Payouts |
| | 07/28/2023 | Bill Payment (Check) | | -5,382.36 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/31/2023 | Bill | | 5,382.36 2000 Accounts Payable | 5050 Talent Payouts |
| **Elyse Myers Inc** | | | | | |
| | 07/06/2023 | Bill Payment (Check) | | -50,000.00 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 02/28/2023 | Bill | | 112,300.63 2000 Accounts Payable | 5050 Talent Payouts |
| **Ericson Catalan** | | | | | |
| | 05/16/2023 | Bill Payment (Check) | | -880.00 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/16/2023 | Bill | | 880.00 2000 Accounts Payable | 6060 Payroll Expenses:Subcontractors |
| | 05/26/2023 | Bill Payment (Check) | | -880.00 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/26/2023 | Bill | | 880.00 2000 Accounts Payable | 6060 Payroll Expenses:Subcontractors |
| **Eventus Advisory Group, LLC** | | | | | |
| | 05/24/2023 | Bill Payment (Check) | | -5,000.00 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 04/30/2023 | Bill | 4950 | 5,000.00 2000 Accounts Payable | 6400 Office and Admin Expenses |
| | 06/05/2023 | Bill Payment (Check) | | -962.50 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/15/2023 | Bill | 4986 | 962.50 2000 Accounts Payable | 6400 Office and Admin Expenses |
| **Gemini Apparel** | | | | | |
| | 05/25/2023 | Bill Payment (Check) | | -12,000.00 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 11/03/2022 | Bill | 1322LK009 | 290,609.50 2000 Accounts Payable | 5010 Job Materials |
| | 06/17/2023 | Bill Payment (Credit Card) | | -4,153.25 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/19/2023 | Bill | U1323007A-PR | 4,153.25 2000 Accounts Payable | -Split- |
| | 06/17/2023 | Bill Payment (Credit Card) | | -399.10 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/19/2023 | Bill | U1323012-PR | 399.10 2000 Accounts Payable | 5010 Job Materials |
| **Giggly Squad, LLC** | | | | | |
| | 05/30/2023 | Bill Payment (Check) | | -14,653.53 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 02/28/2023 | Bill | | 14,653.53 2000 Accounts Payable | 5050 Talent Payouts |
| | 07/21/2023 | Bill Payment (Check) | | -14,019.09 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/31/2023 | Bill | | 14,019.09 2000 Accounts Payable | 5050 Talent Payouts |
| **GOOTEN** | | | | | |
| | 05/16/2023 | Bill Payment (Credit Card) | | -1,058.29 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/15/2023 | Bill | CINV22221 | 1,058.29 2000 Accounts Payable | -Split- |
| | 05/23/2023 | Bill Payment (Credit Card) | | -664.26 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/22/2023 | Bill | CINV23205 | 664.26 2000 Accounts Payable | -Split- |
| | 05/30/2023 | Bill Payment (Credit Card) | | -429.96 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/29/2023 | Bill | CINV24138 | 429.96 2000 Accounts Payable | -Split- |
| | 06/06/2023 | Bill Payment (Credit Card) | | -654.63 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 06/05/2023 | Bill | CINV25004 | 654.63 2000 Accounts Payable | -Split- |
| | 06/13/2023 | Bill Payment (Credit Card) | | -568.66 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 06/12/2023 | Bill | CINV25853 | 568.66 2000 Accounts Payable | -Split- |
| | 06/20/2023 | Bill Payment (Credit Card) | | -142.51 2000 Accounts Payable | 2080 Capital One Spark (3070) |

| | 06/19/2023 | Bill | CINV26846 | 142.51 | 2000 Accounts Payable | -Split- |
|---|---|---|---|---|---|---|
| | 06/27/2023 | Bill Payment (Credit Card) | | -203.56 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 06/26/2023 | Bill | CINV27775 | 203.56 | 2000 Accounts Payable | -Split- |
| | 07/04/2023 | Bill Payment (Credit Card) | | -2,631.06 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/03/2023 | Bill | | 2,631.06 | 2000 Accounts Payable | -Split- |
| | 07/11/2023 | Bill Payment (Credit Card) | | -2,283.36 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/10/2023 | Bill | | 2,283.36 | 2000 Accounts Payable | -Split- |
| | 07/18/2023 | Bill Payment (Credit Card) | | -733.49 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/17/2023 | Bill | CINV30406 | 733.49 | 2000 Accounts Payable | -Split- |
| | 07/25/2023 | Bill Payment (Credit Card) | | -705.48 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/24/2023 | Bill | CINV30481 | 705.48 | 2000 Accounts Payable | -Split- |
| | 08/01/2023 | Bill Payment (Credit Card) | | -588.38 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/31/2023 | Bill | CINV31423 | 588.38 | 2000 Accounts Payable | -Split- |
| | 08/08/2023 | Bill Payment (Credit Card) | | -246.19 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/07/2023 | Bill | CINV32621 | 246.19 | 2000 Accounts Payable | -Split- |

**Greyson Tarantino Media**

| | 05/25/2023 | Bill Payment (Credit Card) | | -1,080.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
|---|---|---|---|---|---|---|
| | 05/25/2023 | Bill | 159 | 1,080.00 | 2000 Accounts Payable | 6110 Advertising & Marketing:Social Media Advertising |

**Guangzhou Merchnice Limited**

| | 05/17/2023 | Bill Payment (Check) | | -1,625.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
|---|---|---|---|---|---|---|
| | 04/21/2023 | Bill | 2023-FJ-04 | 1,625.00 | 2000 Accounts Payable | 5010 Job Materials |

**Jax and Brittany**

| | 07/21/2023 | Bill Payment (Check) | | -12,233.21 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
|---|---|---|---|---|---|---|
| | 05/31/2023 | Bill | | 12,233.21 | 2000 Accounts Payable | 5050 Talent Payouts |

**JC Caylen**

| | 05/30/2023 | Bill Payment (Check) | | -30,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
|---|---|---|---|---|---|---|
| | 02/28/2023 | Bill | | 65,205.85 | 2000 Accounts Payable | 5050 Talent Payouts |

**Joshua Miguel Glodoveza**

| | 05/15/2023 | Bill Payment (Check) | | -13,500.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
|---|---|---|---|---|---|---|
| | 05/15/2023 | Bill | | 13,500.00 | 2000 Accounts Payable | 6060 Payroll Expenses:Subcontractors |

**Kacey Bae**

| | 05/17/2023 | Bill Payment (Check) | | -500.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
|---|---|---|---|---|---|---|
| | 01/13/2023 | Bill | 1381-17 | 500.00 | 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |

**Kha Anh Nguyen - Alliance  IPN**

| | 05/17/2023 | Bill Payment (Check) | | -4,166.67 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
|---|---|---|---|---|---|---|
| | 01/13/2023 | Bill | 1381-13 | 4,166.67 | 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |

**Kian Lawley**

| | 05/30/2023 | Bill Payment (Check) | | -30,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
|---|---|---|---|---|---|---|
| | 02/28/2023 | Bill | | 65,537.63 | 2000 Accounts Payable | -Split- |

**Klaviyo**

| | 05/25/2023 | Bill Payment (Credit Card) | | -18,564.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
|---|---|---|---|---|---|---|
| | 05/24/2023 | Bill | 1404-1546 | 18,564.00 | 2000 Accounts Payable | 6120 Advertising & Marketing:Internet and Email Advertising |

**Lake Worth Office Landlord**

| | 07/14/2023 | Bill Payment (Check) | | -2,233.13 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
|---|---|---|---|---|---|---|
| | 06/01/2023 | Bill | | 2,233.13 | 2000 Accounts Payable | 6230 Facilities Expenses:Rent or Lease Expense |
| | 07/14/2023 | Bill Payment (Check) | | -2,233.13 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 07/03/2023 | Bill | | 2,233.13 | 2000 Accounts Payable | 6230 Facilities Expenses:Rent or Lease Expense |

**Lane Seven Apparel**

| | Date | Transaction Type | | Num | Amount | | Account |
|---|---|---|---|---|---|---|---|
| | 05/31/2023 | Bill Payment (Credit Card) | | | -10,000.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 12/08/2023 | Bill | | 10095168 | 63,570.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -3,514.50 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 12/01/2022 | Bill | | 10094149 | 3,514.50 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -246.60 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 01/05/2023 | Bill | | 10098210 | 246.60 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -264.15 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 01/11/2023 | Bill | | 10099055 | 264.15 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -36.05 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 01/10/2023 | Bill | | 10098850 | 36.05 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -544.15 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 01/11/2023 | Bill | | 10099038 | 544.15 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -1,136.30 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 01/11/2023 | Bill | | 10098978 | 1,298.54 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -244.82 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 11/04/2022 | Bill | | 10090385 | 244.82 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -13,570.00 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 12/08/2022 | Bill | | 10095168 | 63,570.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/14/2023 | Bill Payment (Credit Card) | | | -452.61 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 12/23/2022 | Bill | | 10097291 | 452.61 | 2000 Accounts Payable | 5010 Job Materials |
| **LFM Management, LLC** | | | | | | | |
| | 06/29/2023 | Bill Payment (Check) | | | -2,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/30/2023 | Bill | | 1427-1 | 2,000.00 | 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |
| **Los Angeles Apparel** | | | | | | | |
| | 05/16/2023 | Bill Payment (Credit Card) | | | -20.02 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/10/2023 | Bill | | L0446384 | 20.02 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/02/2023 | Bill Payment (Credit Card) | | | -4,293.99 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/30/2023 | Bill | | L0434720 | 4,293.99 | 2000 Accounts Payable | 5010 Job Materials |
| | 08/05/2023 | Bill Payment (Credit Card) | | | -1,033.42 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/03/2023 | Bill | | L0461103 | 1,033.42 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/20/2023 | Bill Payment (Credit Card) | | | -42.35 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 06/20/2023 | Bill | | L0453375 | 42.35 | 2000 Accounts Payable | 5010 Job Materials |
| **Media Do International, Inc.** | | | | | | | |
| | 07/19/2023 | Bill Payment (Credit Card) | | | -2,500.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/08/2023 | Bill | | FJ0002 | 2,500.00 | 2000 Accounts Payable | 6100 Advertising & Marketing |
| **Melio** | | | | | | | |
| | 05/31/2023 | Bill Payment (Check) | | | -7.35 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/30/2023 | Bill | https://app.meliopayments.com/orgs/1015191/bills?id=132716056 | 2046090 | 7.35 | 2000 Accounts Payable | 6402 Office and Admin Expenses:Melio Credit card fee |
| **Miami Tees Inc.** | | | | | | | |
| | 05/25/2023 | Bill Payment (Check) | | | -883.50 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/28/2023 | Bill | | 115038 | 883.50 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Check) | | | -414.11 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/01/2023 | Bill | | 115039 | 414.11 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Check) | | | -400.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/02/2023 | Bill | | 115042 | 400.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Check) | | | -2,062.50 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/05/2023 | Bill | | 115047 | 2,062.50 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Check) | | | -420.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/02/2023 | Bill | | 115041 | 420.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Check) | | | -4,717.46 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/09/2023 | Bill | | 115050 | 6,297.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Check) | | | -602.43 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/27/2023 | Bill | | 115035 | 646.25 | 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Check) | | | -500.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |

| | Date | Type | Num | Amount | Account | Account 2 |
|---|---|---|---|---|---|---|
| | 05/01/2023 | Bill | 11504 | 500.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/23/2023 | Bill Payment (Check) | | -7,857.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/10/2023 | Bill | 115051 | 7,857.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/23/2023 | Bill Payment (Check) | | -1,579.54 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/09/2023 | Bill | 115050 | 6,297.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/23/2023 | Bill Payment (Check) | | -563.46 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/11/2023 | Bill | 115052 | 7,213.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/13/2023 | Bill Payment (Check) | | -2,129.96 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/16/2023 | Bill | 115064 | 2,134.75 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/13/2023 | Bill Payment (Check) | | -465.50 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/15/2023 | Bill | 115059 | 465.50 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/13/2023 | Bill Payment (Check) | | -1,312.50 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/15/2023 | Bill | 115060 | 1,312.50 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/13/2023 | Bill Payment (Check) | | -510.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/12/2023 | Bill | 115058 | 510.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/13/2023 | Bill Payment (Check) | | -6,649.54 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/11/2023 | Bill | 115052 | 7,213.00 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/13/2023 | Bill Payment (Check) | | -3,932.50 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/12/2023 | Bill | 115057 | 3,932.50 | 2000 Accounts Payable | 5010 Job Materials |
| **Minrose Services  LLC** | | | | | | |
| | 07/19/2023 | Bill Payment (Credit Card) | | -2,500.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/30/2023 | Bill | 1052 | 2,500.00 | 2000 Accounts Payable | 6610 Professional Fees:Accounting Fees |
| **Morgan Majed** | | | | | | |
| | 05/15/2023 | Bill Payment (Check) | | -1,750.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 01/13/2023 | Bill | 1381-29 | 1,750.00 | 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |
| **National Park After Dark LLC** | | | | | | |
| | 06/23/2023 | Bill Payment (Check) | | -9,043.62 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/31/2023 | Bill | | 9,043.62 | 2000 Accounts Payable | 5050 Talent Payouts |
| | 07/18/2023 | Bill Payment (Check) | | -8,380.87 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/30/2023 | Bill | | 8,380.87 | 2000 Accounts Payable | 5050 Talent Payouts |
| **One Stop Inc** | | | | | | |
| | 05/25/2023 | Bill Payment (Credit Card) | | -211.94 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/24/2023 | Bill | 4229332 | 211.94 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/02/2023 | Bill Payment (Credit Card) | | -36.60 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 06/01/2023 | Bill | 4234175 | 36.60 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/01/2023 | Bill Payment (Credit Card) | | -119.84 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/31/2023 | Bill | 4232575 | 119.84 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/08/2023 | Bill Payment (Credit Card) | | -1,305.78 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/05/2023 | Bill | 4252547 | 1,305.78 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/10/2023 | Bill Payment (Credit Card) | | -946.36 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/06/2023 | Bill | 4253018 | 946.36 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/10/2023 | Bill Payment (Credit Card) | | -297.46 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/06/2023 | Bill | 4253057 | 297.46 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/19/2023 | Bill Payment (Credit Card) | | -62.98 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/14/2023 | Bill | 4257991 | 62.98 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/15/2023 | Bill Payment (Credit Card) | | -82.53 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 06/14/2023 | Bill | 4241543 | 82.53 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/15/2023 | Bill Payment (Credit Card) | | -259.63 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 06/14/2023 | Bill | 4241992 | 259.63 | 2000 Accounts Payable | 5010 Job Materials |
| | 06/25/2023 | Bill Payment (Credit Card) | | -160.22 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 06/23/2023 | Bill | 4246958 | 160.22 | 2000 Accounts Payable | 5010 Job Materials |
| **Opentip** | | | | | | |
| | 07/12/2023 | Bill Payment (Credit Card) | | -4,591.31 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/07/2023 | Bill | 5099280 | 4,591.31 | 2000 Accounts Payable | 5010 Job Materials |

**Otto International**

| | | | | | |
|---|---|---|---|---|---|
| | 06/08/2023 | Bill Payment (Credit Card) | | -161.85 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 06/02/2023 | Bill | SI00423993 | 161.85 2000 Accounts Payable | 5010 Job Materials |

**Palmetto, Mollo, Molinaro & Passarello, LLP**

| | | | | | |
|---|---|---|---|---|---|
| | 07/19/2023 | Bill Payment (Credit Card) | | -5,000.00 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 03/31/2023 | Bill | | 14,969.00 2000 Accounts Payable | 6610 Professional Fees:Accounting Fees |

**Phattaravadee Kunthasetthi (dtto)**

| | | | | | |
|---|---|---|---|---|---|
| | 05/16/2023 | Bill Payment (Check) | | -833.33 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 01/13/2023 | Bill | 1381-35 | 833.33 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |

**QuickBooks Payments**

| | | | | | |
|---|---|---|---|---|---|
| | 05/19/2023 | Bill Payment (Credit Card) | | -200.00 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 05/20/2023 | Bill | | 200.00 2000 Accounts Payable | 6425 Office and Admin Expenses:Computer Software Programs |
| | 07/20/2023 | Bill Payment (Credit Card) | | -200.00 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/21/2023 | Bill | | 200.00 2000 Accounts Payable | 6425 Office and Admin Expenses:Computer Software Programs |
| | 06/20/2023 | Bill Payment (Credit Card) | | -200.00 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 06/20/2023 | Bill | | 200.00 2000 Accounts Payable | 6425 Office and Admin Expenses:Computer Software Programs |

**Route DBA Safe Order Solutions**

| | | | | | |
|---|---|---|---|---|---|
| | 05/11/2023 | Bill Payment (Credit Card) | | -675.63 2000 Accounts Payable | 2025 American Express Card (4008) |
| | 05/01/2023 | Bill | 8EAF90D270109 | 675.63 2000 Accounts Payable | 5010 Job Materials |
| | 05/11/2023 | Bill Payment (Credit Card) | | -120.09 2000 Accounts Payable | 2025 American Express Card (4008) |
| | 05/08/2023 | Bill | 8EAF90D270111 | 120.09 2000 Accounts Payable | 5010 Job Materials |
| | 05/11/2023 | Bill Payment (Credit Card) | | -4,315.57 2000 Accounts Payable | 2025 American Express Card (4008) |
| | 04/24/2023 | Bill | 8EAF90D270108 | 4,315.57 2000 Accounts Payable | 5010 Job Materials |
| | 05/11/2023 | Bill Payment (Credit Card) | | -10.39 2000 Accounts Payable | 2025 American Express Card (4008) |
| | 04/17/2023 | Bill | 8EAF90D2?0107 | 10.39 2000 Accounts Payable | 5010 Job Materials |
| | 05/11/2023 | Bill Payment (Credit Card) | | -55.71 2000 Accounts Payable | 2025 American Express Card (4008) |
| | 05/17/2023 | Bill | 0C36B39A?0001 | 55.71 2000 Accounts Payable | 5010 Job Materials |

**S&S Activewear**

| | | | | | |
|---|---|---|---|---|---|
| | 05/17/2023 | Bill Payment (Credit Card) | | -26,336.51 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/27/2023 | Bill | 63932467 | 94,034.00 2000 Accounts Payable | 5010 Job Materials |
| | 05/17/2023 | Bill Payment (Credit Card) | | -101.05 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/18/2023 | Bill | 63693597 | 101.05 2000 Accounts Payable | 5010 Job Materials |
| | 05/17/2023 | Bill Payment (Credit Card) | | -1,427.65 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/17/2023 | Bill | 63660038 | 1,427.65 2000 Accounts Payable | 5010 Job Materials |
| | 05/17/2023 | Bill Payment (Credit Card) | | -371.55 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/11/2023 | Bill | 63494577 | 371.55 2000 Accounts Payable | 5010 Job Materials |
| | 05/17/2023 | Bill Payment (Credit Card) | | -1,310.30 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/20/2023 | Bill | 63756394 | 1,310.30 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Credit Card) | | -600.00 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/23/2023 | Bill | | 600.00 2000 Accounts Payable | 5010 Job Materials |
| | 05/25/2023 | Bill Payment (Credit Card) | | -20,000.00 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/27/2023 | Bill | 63932467 | 94,034.00 2000 Accounts Payable | 5010 Job Materials |
| | 06/20/2023 | Bill Payment (Credit Card) | | -130.19 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 06/18/2023 | Bill | 65186337 | 130.19 2000 Accounts Payable | 5010 Job Materials |
| | 06/20/2023 | Bill Payment (Credit Card) | | -1,962.86 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 06/18/2023 | Bill | 65186338 | 1,962.86 2000 Accounts Payable | 5010 Job Materials |
| | 06/20/2023 | Bill Payment (Credit Card) | | -1,114.00 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 06/18/2023 | Bill | 65186341 | 1,114.00 2000 Accounts Payable | 5010 Job Materials |
| | 07/01/2023 | Bill Payment (Credit Card) | | -3,090.00 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/27/2023 | Bill | 63932467 | 94,034.00 2000 Accounts Payable | 5010 Job Materials |
| | 07/08/2023 | Bill Payment (Credit Card) | | -10,300.00 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/27/2023 | Bill | 63932467 | 94,034.00 2000 Accounts Payable | 5010 Job Materials |
| | 07/20/2023 | Bill Payment (Credit Card) | | -39.67 2000 Accounts Payable | 2080 Capital One Spark (3070) |

| | 07/18/2023 | Bill | 65879262 | 39.67 | 2000 Accounts Payable | 5010 Job Materials |
|---|---|---|---|---|---|---|
| | 08/04/2023 | Bill Payment (Credit Card) | | -10,300.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 04/27/2023 | Bill | 63932467 | 94,034.00 | 2000 Accounts Payable | 5010 Job Materials |
| **Sales Tax Estimates** | | | | | | |
| | 05/15/2023 | Bill Payment (Check) | | -53,468.49 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 04/30/2023 | Bill | | 53,468.49 | 2000 Accounts Payable | 2450 Sales Tax Payable |
| | 06/13/2023 | Bill Payment (Check) | | -27,289.21 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/31/2023 | Bill | | 27,289.21 | 2000 Accounts Payable | 2450 Sales Tax Payable |
| | 07/12/2023 | Bill Payment (Check) | | -27,071.66 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 06/30/2023 | Bill | | 27,071.66 | 2000 Accounts Payable | 2450 Sales Tax Payable |
| **Scalable Press** | | | | | | |
| | 05/15/2023 | Bill Payment (Credit Card) | | -110.55 | 2000 Accounts Payable | 2025 American Express Card (4008) |
| | 03/30/2023 | Bill | FIT2H | 110.55 | 2000 Accounts Payable | -Split- |
| **Shipmonk** | | | | | | |
| | 05/10/2023 | Bill Payment (Check) | | -50,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/21/2023 | Bill | 2554202331 | 73,374.48 | 2000 Accounts Payable | -Split- |
| | 05/15/2023 | Bill Payment (Check) | | -10,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/21/2023 | Bill | 2554202331 | 73,374.48 | 2000 Accounts Payable | -Split- |
| | 05/18/2023 | Bill Payment (Check) | | -36,625.52 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/31/2023 | Bill | 2554202332 | 111,099.12 | 2000 Accounts Payable | -Split- |
| | 05/18/2023 | Bill Payment (Check) | | -13,374.48 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/21/2023 | Bill | 2554202331 | 73,374.48 | 2000 Accounts Payable | -Split- |
| | 06/09/2023 | Bill Payment (Check) | | -20,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/31/2023 | Bill | 2554202332 | 111,099.12 | 2000 Accounts Payable | -Split- |
| | 06/16/2023 | Bill Payment (Check) | | -11,309.87 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 03/31/2023 | Bill | 2554202332 | 111,099.12 | 2000 Accounts Payable | -Split- |
| | 06/16/2023 | Bill Payment (Check) | | -8,690.13 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/14/2023 | Bill | 2554202341 | 60,923.13 | 2000 Accounts Payable | -Split- |
| | 06/23/2023 | Bill Payment (Check) | | -30,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/14/2023 | Bill | 2554202341 | 60,923.13 | 2000 Accounts Payable | -Split- |
| | 06/27/2023 | Bill Payment (Check) | | -22,233.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/14/2023 | Bill | 2554202341 | 60,923.13 | 2000 Accounts Payable | -Split- |
| | 06/27/2023 | Bill Payment (Check) | | -12,767.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/30/2023 | Bill | 2554202342 | 74,296.62 | 2000 Accounts Payable | -Split- |
| | 07/06/2023 | Bill Payment (Check) | | -20,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/30/2023 | Bill | 2554202342 | 74,296.62 | 2000 Accounts Payable | -Split- |
| | 07/13/2023 | Bill Payment (Check) | | -30,000.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/30/2023 | Bill | 2554202342 | 74,296.62 | 2000 Accounts Payable | -Split- |
| | 06/13/2023 | Bill Payment (Check) | | -11,529.62 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/30/2023 | Bill | 2554202342 | 74,296.62 | 2000 Accounts Payable | -Split- |
| | 06/13/2023 | Bill Payment (Check) | | -18,470.38 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/31/2023 | Bill | 2554202352 | 92,044.90 | 2000 Accounts Payable | -Split- |
| | 07/19/2023 | Bill Payment (Check) | | -30,000.00 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/18/2023 | Bill | 2554202351 | 87,611.75 | 2000 Accounts Payable | -Split- |
| | 07/26/2023 | Bill Payment (Check) | | -10,000.00 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/18/2023 | Bill | 2554202351 | 87,611.75 | 2000 Accounts Payable | -Split- |
| **Shipstation** | | | | | | |
| | 05/12/2023 | Bill Payment (Credit Card) | | -29.00 | 2000 Accounts Payable | 2025 American Express Card (4008) |
| | 04/27/2023 | Bill | | 29.00 | 2000 Accounts Payable | 6425 Office and Admin Expenses:Computer Software Programs |
| **SPOKE Custom Products** | | | | | | |
| | 05/13/2023 | Bill Payment (Credit Card) | | -19.38 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/05/2023 | Bill | I94838 | 19.38 | 2000 Accounts Payable | -Split- |
| | 05/20/2023 | Bill Payment (Credit Card) | | -17.58 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/16/2023 | Bill | I95310 | 17.58 | 2000 Accounts Payable | -Split- |

| Date | Transaction Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 05/20/2023 | Bill Payment (Credit Card) | | -9.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/16/2023 | Bill | I95339 | 9.69 | 2000 Accounts Payable | -Split- |
| 05/20/2023 | Bill Payment (Credit Card) | | -9.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/12/2023 | Bill | I95205 | 9.69 | 2000 Accounts Payable | -Split- |
| 05/27/2023 | Bill Payment (Credit Card) | | -9.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/19/2023 | Bill | I95539 | 9.69 | 2000 Accounts Payable | -Split- |
| 05/27/2023 | Bill Payment (Credit Card) | | -19.38 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/24/2023 | Bill | I95712 | 19.38 | 2000 Accounts Payable | -Split- |
| 06/03/2023 | Bill Payment (Credit Card) | | -14.89 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 05/30/2023 | Bill | I95820 | 14.89 | 2000 Accounts Payable | -Split- |
| 06/10/2023 | Bill Payment (Credit Card) | | -9.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/09/2023 | Bill | I96362 | 9.69 | 2000 Accounts Payable | -Split- |
| 06/10/2023 | Bill Payment (Credit Card) | | -9.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/02/2023 | Bill | I96019 | 9.69 | 2000 Accounts Payable | -Split- |
| 06/17/2023 | Bill Payment (Credit Card) | | -9.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/09/2023 | Bill | I96336 | 9.69 | 2000 Accounts Payable | -Split- |
| 06/17/2023 | Bill Payment (Credit Card) | | -9.69 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| 06/05/2023 | Bill | I96120 | 9.69 | 2000 Accounts Payable | -Split- |

**Stephanie Bohrer**

| Date | Transaction Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 06/13/2023 | Bill Payment (Check) | | -4,126.67 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| 12/31/2022 | Bill | | 4,126.67 | 2000 Accounts Payable | 5050 Talent Payouts |
| 06/13/2023 | Bill Payment (Check) | | -1,360.15 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| 01/31/2023 | Bill | | 1,360.15 | 2000 Accounts Payable | 5050 Talent Payouts |
| 08/01/2023 | Bill Payment (Check) | | -11,357.97 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| 02/28/2023 | Bill | | 11,357.97 | 2000 Accounts Payable | 5050 Talent Payouts |

**Stephanie Soo**

| Date | Transaction Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 05/30/2023 | Bill Payment (Check) | | -28,779.34 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| 11/30/2022 | Bill | | 28,779.34 | 2000 Accounts Payable | 5050 Talent Payouts |

**Teelaunch**

| Date | Transaction Type | Num | Amount | Account | Split |
|---|---|---|---|---|---|
| 05/13/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 04/27/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| 05/12/2023 | Bill Payment (Credit Card) | | -15.25 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/12/2023 | Bill | | 15.25 | 2000 Accounts Payable | -Split- |
| 05/15/2023 | Bill Payment (Credit Card) | | -20.50 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/15/2023 | Bill | | 20.50 | 2000 Accounts Payable | -Split- |
| 05/17/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/13/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| 05/19/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/17/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| 05/21/2023 | Bill Payment (Credit Card) | | -39.25 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/19/2023 | Bill | | 39.25 | 2000 Accounts Payable | -Split- |
| 05/23/2023 | Bill Payment (Credit Card) | | -20.50 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/23/2023 | Bill | | 20.50 | 2000 Accounts Payable | -Split- |
| 05/23/2023 | Bill Payment (Credit Card) | | -65.50 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/23/2023 | Bill | | 65.50 | 2000 Accounts Payable | -Split- |
| 05/24/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/19/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| 05/25/2023 | Bill Payment (Credit Card) | | -39.74 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/25/2023 | Bill | | 39.74 | 2000 Accounts Payable | -Split- |
| 05/29/2023 | Bill Payment (Credit Card) | | -23.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/29/2023 | Bill | | 23.00 | 2000 Accounts Payable | -Split- |
| 05/31/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 05/24/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| 06/05/2023 | Bill Payment (Credit Card) | | -29.25 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| 06/05/2023 | Bill | | 29.25 | 2000 Accounts Payable | -Split- |
| 06/06/2023 | Bill Payment (Credit Card) | | -80.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 06/06/2023 | Bill | | 80.00 | 2000 Accounts Payable | -Split- |
| | 06/05/2023 | Bill Payment (Credit Card) | | -29.25 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 06/05/2023 | Bill | | 29.25 | 2000 Accounts Payable | -Split- |
| | 06/09/2023 | Bill Payment (Credit Card) | | -32.00 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 06/09/2023 | Bill | | 32.00 | 2000 Accounts Payable | -Split- |
| | 07/15/2023 | Bill Payment (Credit Card) | | -448.50 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/14/2023 | Bill | | 448.50 | 2000 Accounts Payable | -Split- |
| | 07/17/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/31/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| | 07/17/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/16/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| | 07/17/2023 | Bill Payment (Credit Card) | | -30.25 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/16/2023 | Bill | | 30.25 | 2000 Accounts Payable | -Split- |
| | 07/21/2023 | Bill Payment (Credit Card) | | -20.50 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/20/2023 | Bill | | 20.50 | 2000 Accounts Payable | -Split- |
| | 07/22/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/16/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| | 07/24/2023 | Bill Payment (Credit Card) | | -13.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/23/2023 | Bill | | 13.00 | 2000 Accounts Payable | -Split- |
| | 07/27/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/23/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| | 07/29/2023 | Bill Payment (Credit Card) | | -22.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/29/2023 | Bill | | 22.00 | 2000 Accounts Payable | -Split- |
| | 07/31/2023 | Bill Payment (Credit Card) | | -22.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/29/2023 | Bill | | 22.00 | 2000 Accounts Payable | -Split- |
| | 08/05/2023 | Bill Payment (Credit Card) | | -10.00 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/28/2023 | Bill | | 10.00 | 2000 Accounts Payable | -Split- |
| | 08/02/2023 | Bill Payment (Credit Card) | | -39.74 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 08/02/2023 | Bill | | 39.74 | 2000 Accounts Payable | -Split- |
| **The Travelers Indemnity Company** | | | | | | |
| | 05/18/2023 | Bill Payment (Check) | | -52.00 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/16/2023 | Bill | | 52.00 | 2000 Accounts Payable | 6435 Office and Admin Expenses:Insurance Expense |
| **Thomas Michael Kurzanski** | | | | | | |
| | 05/16/2023 | Bill Payment (Check) | | -600.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 05/15/2023 | Bill | 001-523-1 | 600.00 | 2000 Accounts Payable | 6110 Advertising & Marketing:Social Media Advertising |
| **Tie Dye USA (Colortone Inc)** | | | | | | |
| | 05/25/2023 | Bill Payment (Credit Card) | | -23.41 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 05/24/2023 | Bill | 10661963 | 23.41 | 2000 Accounts Payable | 5010 Job Materials |
| | 07/07/2023 | Bill Payment (Credit Card) | | -1,516.71 | 2000 Accounts Payable | 2080 Capital One Spark (3070) |
| | 07/06/2023 | Bill | 10668766 | 1,516.71 | 2000 Accounts Payable | 5010 Job Materials |
| **Tiko Entertainment, LLC** | | | | | | |
| | 05/23/2023 | Bill Payment (Credit Card) | | -35.29 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 04/30/2023 | Bill | | 35.29 | 2000 Accounts Payable | 5050 Talent Payouts |
| **TriNet** | | | | | | |
| | 05/11/2023 | Bill Payment (Check) | | -72,341.21 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/12/2023 | Bill | 8465322 | 72,341.21 | 2000 Accounts Payable | -Split- |
| | 05/11/2023 | Bill Payment (Check) | | -5,836.85 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/12/2023 | Bill | 8466889 | 5,836.85 | 2000 Accounts Payable | -Split- |
| | 05/17/2023 | Bill Payment (Check) | | -3,376.59 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/17/2023 | Bill | 8475768 | 3,376.59 | 2000 Accounts Payable | -Split- |
| | 05/17/2023 | Bill Payment (Check) | | -4,480.01 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/17/2023 | Bill | 8475711 | 4,480.01 | 2000 Accounts Payable | -Split- |
| | 05/17/2023 | Bill Payment (Check) | | -3,717.48 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/17/2023 | Bill | 8475783 | 3,717.48 | 2000 Accounts Payable | -Split- |

| | Date | Transaction Type | Num | Amount | Account | |
|---|---|---|---|---|---|---|
| | 05/17/2023 | Bill Payment (Check) | | -4,670.63 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/17/2023 | Bill | 8475907 | 4,670.63 | 2000 Accounts Payable | -Split- |
| | 05/17/2023 | Bill Payment (Check) | | -3,504.43 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/17/2023 | Bill | 8475971 | 3,504.43 | 2000 Accounts Payable | -Split- |
| | 05/17/2023 | Bill Payment (Check) | | -2,368.12 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/17/2023 | Bill | 8475736 | 2,368.12 | 2000 Accounts Payable | -Split- |
| | 05/17/2023 | Bill Payment (Check) | | -3,930.55 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/17/2023 | Bill | 8475736 | 3,930.55 | 2000 Accounts Payable | -Split- |
| | 05/25/2023 | Bill Payment (Check) | | -63,716.84 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 05/25/2023 | Bill | 8479631 | 63,716.84 | 2000 Accounts Payable | -Split- |
| | 06/08/2023 | Bill Payment (Check) | | -63,250.68 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 06/09/2023 | Bill | 8496914 | 63,250.68 | 2000 Accounts Payable | -Split- |
| | 06/22/2023 | Bill Payment (Check) | | -62,191.83 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 06/22/2023 | Bill | 8511907 | 62,191.83 | 2000 Accounts Payable | -Split- |
| | 07/20/2023 | Bill Payment (Check) | | -64,917.06 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 07/20/2023 | Bill | | 64,917.06 | 2000 Accounts Payable | -Split- |
| | 08/03/2023 | Bill Payment (Check) | | -60,507.33 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 08/03/2023 | Bill | 8561902 | 60,507.33 | 2000 Accounts Payable | -Split- |
| **United Talent Agency UTA** | | | | | | |
| | 06/14/2023 | Bill Payment (Check) | | -1,200.00 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 04/07/2023 | Bill | 1413-1 | 1,200.00 | 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |
| **Vivian Tu** | | | | | | |
| | 06/04/2023 | Bill Payment (Credit Card) | | -16.47 | 2000 Accounts Payable | 2030 The Plum Card® (1007) |
| | 04/30/2023 | Bill | | 16.47 | 2000 Accounts Payable | 5050 Talent Payouts |
| **Wework** | | | | | | |
| | 06/05/2023 | Bill Payment (Check) | | -7,015.10 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 06/06/2023 | Bill | | 7,015.10 | 2000 Accounts Payable | 6230 Facilities Expenses:Rent or Lease Expense |
| | 07/03/2023 | Bill Payment (Check) | | -7,015.10 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 07/03/2023 | Bill | | 7,015.10 | 2000 Accounts Payable | 6230 Facilities Expenses:Rent or Lease Expense |
| | 08/03/2023 | Bill Payment (Check) | | -4,284.00 | 2000 Accounts Payable | 1020 BOFA Checking (3631) |
| | 08/03/2023 | Bill | | 4,284.00 | 2000 Accounts Payable | 6230 Facilities Expenses:Rent or Lease Expense |
| **WME Entertainment, LLC** | | | | | | |
| | 05/17/2023 | Bill Payment (Check) | | -1,611.07 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 11/30/2022 | Bill | | 1,611.07 | 2000 Accounts Payable | 5050 Talent Payouts |
| **Yvonnie Ng** | | | | | | |
| | 05/19/2023 | Bill Payment (Check) | | -1,600.00 | 2000 Accounts Payable | 1030 Mercury Checking (5797) |
| | 04/04/2023 | Bill | 1410-1 | 1,600.00 | 2000 Accounts Payable | 5055 Talent Payout - Fanjoy Gaming |
| **Zendesk** | | | | | | |
| | 07/09/2023 | Bill Payment (Credit Card) | | -4.00 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 06/01/2023 | Bill | | 4.00 | 2000 Accounts Payable | 6425 Office and Admin Expenses:Computer Software Programs |
| | 06/13/2023 | Bill Payment (Credit Card) | | -4.00 | 2000 Accounts Payable | 2085 Chase Credit Card (7064) |
| | 07/01/2023 | Bill | | 4.00 | 2000 Accounts Payable | 6425 Office and Admin Expenses:Computer Software Programs |

Wednesday, Aug 23, 2023 08:12:31 AM GMT-7

SOFA #30

Type: All transactions &middot; Status: All statuses &middot; Delivery method: Any &middot; Name: Team 10, Inc &middot; Date: All

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 12/05/2022 | Bill Payment (Check) | | Sykkuno | | Invoice no. 1256-3 postage to post office for returns | -34,200.00 |
| 10/24/2022 | | | Carissa Vaccarino | | Repayment for $25k cover and $24k to Fanjoy BOA | -500.00 |
| 04/13/2022 | Repayment | | Chris Vaccarino | Additional paid in Capital | Credit Card | -49,000.00 |
| 10/12/2022 | Repayment | | Chris Vaccarino | Additional paid in Capital | Repayment for $40k cover the day before to cover payroll/expenses | -40,000.00 |
| 8/19/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 9/2/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 9/16/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,180.77 |
| 9/30/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 10/14/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 10/28/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 11/10/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 11/25/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 12/9/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,180.77 |
| 12/23/2022 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 1/6/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,180.77 |
| 1/20/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,180.77 |
| 2/3/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 2/17/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 3/3/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 3/17/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 3/31/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 4/14/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 4/28/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 5/12/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 5/26/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 6/9/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,180.77 |
| 6/23/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 7/7/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,180.77 |
| 7/21/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,180.77 |
| 8/4/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 8/18/2023 | Payroll | | Manno Cristina | Payroll | biweekly | $2,423.08 |
| 8/19/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 9/2/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,250.00 |
| 9/16/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 9/30/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 10/14/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 10/28/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 11/10/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 11/25/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 12/9/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,250.00 |
| 12/23/2022 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 1/6/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,250.00 |
| 1/20/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,250.00 |
| 2/3/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 2/17/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 3/3/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 3/17/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 3/31/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 4/14/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 4/28/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 5/12/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 5/26/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 6/9/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,250.00 |
| 6/23/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 7/7/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,250.00 |
| 7/21/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,250.00 |
| 8/4/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 8/18/2023 | Payroll | | Vaccarino Carissa | Payroll | biweekly | $2,500.00 |
| 8/9/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $0.00 |
| 8/19/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $13,076.92 |
| 9/2/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $13,076.92 |
| 9/16/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $11,769.23 |
| 9/30/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $13,076.92 |
| 10/14/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $2,692.31 |
| 10/28/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $2,692.31 |
| 11/10/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $11,538.46 |
| 11/25/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $11,538.46 |
| 12/9/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $10,384.61 |
| 12/23/2022 | Payroll | | Vaccarino Chris | Payroll | biweekly | $11,538.46 |
| 1/6/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $6,923.08 |
| 1/20/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $6,923.08 |
| 2/3/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 2/17/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 3/3/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 3/17/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 3/31/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 4/14/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 4/28/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 5/12/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 5/26/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 6/9/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $6,923.08 |
| 6/23/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 7/7/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $6,923.08 |
| 7/21/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $6,923.08 |
| 8/4/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 8/18/2023 | Payroll | | Vaccarino Chris | Payroll | biweekly | $7,692.31 |
| 8/19/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 9/2/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,250.00 |
| 9/16/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 9/30/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 10/14/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 10/28/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 11/10/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 11/25/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 12/9/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,250.00 |
| 12/23/2022 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 1/6/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,250.00 |
| 1/20/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,250.00 |
| 2/3/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 2/17/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 3/3/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 3/17/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 3/31/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 4/14/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 4/28/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 5/12/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 5/26/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,250.00 |
| 6/9/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 6/23/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 7/7/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,250.00 |
| 7/21/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,250.00 |
| 8/4/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |
| 8/18/2023 | Payroll | | Vaccarino Susan | Payroll | biweekly | $2,500.00 |

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Fanjoy Co.**

Debtor(s)

Case No.   **23-57565**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chris Vaccarino**<br>**1483 Sylvan Circle NE**<br>**Atlanta, GA 30319** | **Common Stock** | **7,500,000** | |
| ■■■■■■■ | **Common Stock** | **113,636** | |
| **Matt Groff** | **Common Stock** | **277,777** | |
| **Matthew Smith** | **Common Stock** | **43,750** | |
| ■■■■■■■ | **Common Stock** | **2,311,956** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 30, 2023**

Signature   **/s/ Christopher Vaccarino**

**Christopher Vaccarino**

*Penalty for making a false statement of concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Fanjoy Co.**                                 Case No.   **23-57565**

                                    Debtor(s)               Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 30, 2023**                     **/s/ Christopher Vaccarino**

                                                **Christopher Vaccarino**/President
                                                Signer/Title

1 Model Management LA, LLC
529-531 Westmount Dr
Los Angeles, CA 90048


28th Ave Management LLC
17 28th Avenue Apt 103
Venice, CA 90291



ABM Parking Services Inc
8687 Melrose Ave., Suite P1
West Hollywood, CA 90069



Air Labs
223 BEDFORD AVE. PMB 1163
Brooklyn, NY 11211







```
Amex Platinum
18850 N 56TH ST
Phoenix, AZ 85050


Amex Plum
18850 N 56TH ST
Phoenix, AZ 85050
```



```
Avalara Inc
Dept CH 16781
Palatine, IL 60055


Bank of America
ATTN: Brian Moynihan, CEO
100 N Tryon St
Charlotte, NC 28202
```















Brex Inc
12832 Frontrunner Blvd
Suite 500
Draper, UT 84020



Capital One
ATTN: Richard Fairbank, CEO
1680 Capital One Dr
Mc Lean, VA 22102





Chris Vaccarino
1483 Sylvan Circle NE
Atlanta, GA 30319

CircleUp
548 Market St.
PMB 60874
San Francisco, CA 94104


ClearCo
1200-33 Yonge Street, Toronto
Ontario, M5E 1G4, Canada







Creative Artists Agency LLC
2000 Avenue of the Stars
Los Angeles, CA 90067



Culver Pointe Office
51 Madison Avenue
room 901
New York, NY 10010


David Associates II, LLC
6801 Lake Worth Road
Suite #205
Lake Worth, FL 33467



Dentons US LLP
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606



Endorphin Partners, LLC
426 West 14th Street
6th Floor
New York, NY 10014





Eventus Advisory Group, LLC
14201 N. Hayden Road
Suite A-1
Scottsdale, AZ 85260



Gabriel McMorland
c/o Carlson Brown
P.O. Box 242
Sewickley, PA 15143







```
Gemini Apparel
225 West 34th Street
9th Floor, Suite 940
New York, NY 10122
```







```
Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043
```



```
GreenRoom, Inc.
2801 Madison St.
Denver, CO 80205
```





```
Independent Trading Co
1341 Calle Avanzado
San Clemente, CA 92673
```





```
J & O Firm PLLC
150 E Palmetto Park Rd
Suite 800
Boca Raton, FL 33432
```







```
JPMorgan Chase Bank, Nat'l Ass
ATTN: Jamie Dimon, CEO
1111 Polaris Pkwy
Columbus, OH 43240
```

```
Kabbage/AMEX
18850 N 56TH ST
Phoenix, AZ 85050
```











```
Kevin Yan Luis c/o Noor Saab
380 North Broadway
Suite 300
Jericho, NY 11753
```











```
Lane Seven Apparel
9 Orchard Road Suite 101
Lake Forest, CA 92630
```













```
Miami Tees Inc.
5120 NW 165th Street Bay 101
Hialeah, FL 33014
```





Mint Performance Marketing Inc
WeWork, The Maxwell, 1019 E
4th Pl
Los Angeles, CA 90013


Miranda Sings Inc
20 Crossways Park Dr N
Ste 41
Woodbury, NY 11797





Myth Inc
12855 W Runway Road, Apt 1423
Los Angeles, CA 90094





```
Oceanaire Sportswear Inc
2937 E Maria St
Compton, CA 90221
```

OnRamp/Fifth Floor 2, LLC
1705 S. Capital of Texas Hwy
Suite 500
Austin, TX 78746-6578



Palmetto,Mollo,Molinaro&Passar
2901 W. Cypress Creek Road
Suite 120
Fort Lauderdale, FL 33309-1732







Printful, Inc
1105 Westlake Dr
Charlotte, NC 28273

Quikturn Professional
Screenprinting, Inc.
567 S. Melrose St.
Placentia, CA 92870



REEP-OFC Corporate Pointe CA
One Front Street
Suite 550
San Francisco, CA 94111





S&S Activewear
220 Remington Blvd
Bolingbrook, IL 60440









Service MVP
6167 Bristol Parkway
Suite 140
Culver City, CA 90230


Shipmonk
201 NW 22 Avenue #100
Fort Lauderdale, FL 33311




Slope
7 Freelon St
San Francisco, CA 94107













```
TikTok
1920 Olympic Blvd
Santa Monica, CA 90404
```





```
TruHR Employment Services
2913 El Camino Real#141
Tustin, CA 92782
```







```
We Are Verified, LLC
8501 Wilshire Blvd #170
Beverly Hills, CA 90211
```

WebBank (Shopify Capital)
151 O'Connor St Ground floor
Ottawa, ON K2P 2L8, Canada


WebBank (Shopify Capital)
ATTN: Jason Lloyd, CEO
215 S State St
Salt Lake City, UT 84111


WeWork
750 N. San Vicente Blvd.
Suite 800 West
West Hollywood, CA 90069


WME Entertainment, LLC
9601 Wilshire Blvd 3rd Floor
Beverly Hills, CA 90210







# United States Bankruptcy Court
## Northern District of Georgia

In re   **Fanjoy Co.** _____    Case No.   **23-57565** _____
                         Debtor(s)    Chapter    **11** _____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fanjoy Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**August 30, 2023** _____    /s/ Leslie Pineyro _____
Date    **Leslie Pineyro 969800**
            Signature of Attorney or Litigant
            Counsel for    **Fanjoy Co.** _____
            **Jones & Walden, LLC**
            **699 Piedmont Avenue NE**
            **Atlanta, GA 30308**
            **404-564-9300 Fax:404-564-9301**
            **info@joneswalden.com**