IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**FANJOY CO.**,<br><br>Debtor. | CHAPTER 11<br>SUBCHAPTER V<br><br>CASE NO. 23-57565-PWB |

## AMENDMENT TO LIST OF 20 LARGEST
## UNSECURED CREDITORS AND CREDITOR ADDRESS MATRIX

COMES NOW Fanjoy Co., Debtor in the above-styled Chapter 11 Bankruptcy Case and amends its List of 20 Largest Unsecured Creditors and Creditor Address Matrix and respectfully shows the Court as follows:

<u>List of 20 Largest Unsecured Creditors and Creditor Address Matrix</u>. Debtor hereby substitutes its List of 20 Largest Unsecured Creditors which is attached hereto in lieu of any such list previously filed.

<u>Creditor Address Matrix</u>. Debtor hereby substitutes the Creditor Address Matrix to include the following:

Chris Vaccarino
1483 Sylvan Circle NE
Atlanta, GA 30319

David Associates II, LLC
6801 Lake Worth Road
Suite #205
Lake Worth, FL 33467

Gabriel McMorland
c/o Carlson Brown
P.O. Box 242
Sewickley, PA 15143

Kevin Yan Luis c/o Noor Saab
380 North Broadway
Suite 300
Jericho, NY 11753

REEP-OFC Corporate Pointe CA
One Front Street
Suite 550
San Francisco, CA 94111

Service MVP
6167 Bristol Parkway
Suite 140
Culver City, CA 90230

WeWork
750 N. San Vicente Blvd.
Suite 800 West
West Hollywood, CA 90069

Except as expressly amended herein, all information set forth in the Debtor's Petition, Schedules, and Statement of Financial Affairs remains true and correct and is adopted herein.

RESPECTFULLY SUBMITTED this 1st day of September, 2023.

**JONES & WALDEN LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Proposed Attorney for Debtor
699 Piedmont Avenue NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Fanjoy Co. | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number (if known): | 23-57565 | |

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amex Platinum<br>18850 N 56TH ST<br>Phoenix, AZ 85050 | | Credit card | | | | $463,466.95 |
| Amex Plum<br>18850 N 56TH ST<br>Phoenix, AZ 85050 | | Credit card | | | | $255,367.45 |
| Brex Inc<br>12832 Frontrunner Blvd<br>Suite 500<br>Draper, UT 84020 | | Credit card | | | | $752,000.00 |
| Capital One<br>ATTN: Richard Fairbank, CEO<br>1680 Capital One Dr<br>Mc Lean, VA 22102 | | Credit card | | | | $193,397.23 |
| ███ | | Creator (merchandising) | Unliquidated | | | $86,562.02 |
| Gemini Apparel<br>225 West 34th Street<br>9th Floor, Suite 940<br>New York, NY 10122 | | Manufacturing | | | | $288,546.01 |
| ███ | | creator payouts (Brand Deal) | Contingent<br>Unliquidated | | | $94,500.00 |
| Google<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | | Ad platform provider | | | | $166,816.99 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

| Debtor | Fanjoy Co. | | | Case number *(if known)* | 23-57565 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Independent Trading Co<br>1341 Calle Avanzado<br>San Clemente, CA 92673 | | Vendor | | | | $277,996.59 |
| Kabbage/AMEX<br>18850 N 56TH ST<br>Phoenix, AZ 85050 | | Line of Credit | | | | $73,766.00 |
| Lane Seven Apparel<br>9 Orchard Road Suite 101<br>Lake Forest, CA 92630 | | vendor | | | | $147,380.52 |
| OnRamp/Fifth Floor 2, LLC<br>1705 S. Capital of Texas Hwy<br>Suite 500<br>Austin, TX 78746-6578 | | Property described in the UCC Initial Filing Number 2023 2214749 filed on March 23, 2023, with the Delaware Department of State. | | $79,500.00 | $0.00 | $79,500.00 |
| Printful, Inc<br>1105 Westlake Dr<br>Charlotte, NC 28273 | | Manufacturing | | | | $649,868.80 |
| S&S Activewear<br>220 Remington Blvd<br>Bolingbrook, IL 60440 | | vendor | | | | $89,268.41 |
| Shipmonk<br>201 NW 22 Avenue #100<br>Fort Lauderdale, FL 33311 | | 3PL (third party logistics) | | | | $239,254.05 |
| Slope<br>7 Freelon St<br>San Francisco, CA 94107 | | Inventory Invoice Plan | | | | $90,000.00 |
| [redacted] | | creator payouts/inventory | Unliquidated | | | $81,184.43 |
| TikTok<br>1920 Olympic Blvd<br>Santa Monica, CA 90404 | | Ad platform provider | | | | $139,530.56 |

Debtor **Fanjoy Co.**
Name

Case number *(if known)* **23-57565**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WebBank (Shopify Capital)**  **151 O'Connor St Ground floor Ottawa, ON K2P 2L8, Canada** | | **Loan Agreement (No UCC located)** | | | | $336,796.68 |
| **WME Entertainment, LLC**  **9601 Wilshire Blvd 3rd Floor Beverly Hills, CA 90210** | | **Creator (merchandising)** | **Unliquidated** | | | $164,213.56 |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing Amendment and that the same is true and correct to the best of my knowledge, information and belief.

**Fanjoy Co.**

Date: September 1, 2023            By: */s/ Christopher Vaccarino*
                                   Christopher Vaccarino, President

**Supplemental Creditor Matrix**

Chris Vaccarino
1483 Sylvan Circle NE
Atlanta, GA 30319

David Associates II, LLC
6801 Lake Worth Road
Suite #205
Lake Worth, FL 33467

Gabriel McMorland
c/o Carlson Brown
P.O. Box 242
Sewickley, PA 15143

Kevin Yan Luis c/o Noor Saab
380 North Broadway
Suite 300
Jericho, NY 11753

REEP-OFC Corporate Pointe CA
One Front Street
Suite 550
San Francisco, CA 94111

Service MVP
6167 Bristol Parkway
Suite 140
Culver City, CA 90230

WeWork
750 N. San Vicente Blvd.
Suite 800 West
West Hollywood, CA 90069

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>FANJOY CO.,<br><br>Debtor. | CHAPTER 11<br>SUBCHAPTER V<br><br>CASE NO. 23-57565-PWB |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the *Amendment to List of 20 Largest Unsecured Creditors and Creditor Address Matrix* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Thomas Dworschak**    thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com
- **Alison Elko Franklin**    franklinae@gtlaw.com, fieldss@gtlaw.com,brattons@gtlaw.com
- **David B. Golubchik**    dbg@lnbyb.com, DBG@lnbyg.com
- **Amy Leitch**    AMY.LEITCH@AKERMAN.COM, Jennifer.meehan@akerman.com;maggie.hearon@akerman.com
- **Gary W. Marsh**    gary.marsh@troutman.com, wlbank@troutman.com
- **Tamara Miles Ogier**    tmo@orratl.com, jc@orratl.com;tmo@trustesolutions.net
- **Pierce Rigney**    pierce.rigney@troutman.com

I hereby certify that on this day I caused a copy of the foregoing Amendment and the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 12) to be served upon the parties listed below via U.S. First Class Mail, postage prepaid:

Chris Vaccarino
1483 Sylvan Circle NE
Atlanta, GA 30319

David Associates II, LLC
6801 Lake Worth Road
Suite #205
Lake Worth, FL 33467

Gabriel McMorland
c/o Carlson Brown
P.O. Box 242
Sewickley, PA 15143

Kevin Yan Luis c/o Noor Saab
380 North Broadway
Suite 300
Jericho, NY 11753

REEP-OFC Corporate Pointe CA
One Front Street
Suite 550
San Francisco, CA 94111

Service MVP
6167 Bristol Parkway
Suite 140
Culver City, CA 90230

WeWork
750 N. San Vicente Blvd.
Suite 800 West
West Hollywood, CA 90069

This 1st day of September, 2023.

                                      **JONES & WALDEN LLC**

                                      */s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Proposed Attorney for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com