**IT IS ORDERED as set forth below:**



Date: September 5, 2023

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 23-57565-PWB |
| FANJOY CO., | CHAPTER 11 |
| Debtor. | JUDGE BONAPFEL |

### ORDER OF ADMISSION PRO HAC VICE

The Court having read the *Application for Admission Pro Hac Vice* filed by David B. Golubchik on behalf of CircleUp Credit Advisors LLC (the "Applicant") in the above-styled case on August 28, 2023 (Docket No. 67) (the "Application"), and it appearing that the Applicant meets the requirements of Bankruptcy Local Rule 9010-2 (N.D.Ga.), it is

**ORDERED** that the Application be, and the same hereby is, **GRANTED**.

The Clerk's Office is directed to serve a copy of this Order upon the Debtor, counsel for the Debtor, David B. Golubchik, the United States Trustee, and all parties requesting notices in this case.

**[END OF DOCUMENT]**